IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATIONS | ) | Case Nos.   4:19-MJ-161 |
| OF THE UNITED STATES OF AMERICA | ) | through |
| FOR CRIMINAL COMPLAINTS AND | ) | 4:19-MJ-174 |
| ARREST WARRANTS | ) | |
| | ) | **[FILED UNDER SEAL]** |

## <u>AFFIDAVIT</u>

### INTRODUCTION AND AGENT BACKGROUND

I, Max C. Roll, being first duly sworn, hereby depose and state as follows:

1.      I am a Task Force Officer with the Federal Bureau of Investigation and have been since November 2016. Prior to my assignment as a Task Force Officer, I was a Patrol Deputy for the Dallas County Sheriff's Office since February 2008. As a Task Force Officer, I have been involved in the investigations of local gang members who are engaged in the trafficking of controlled substances in the Des Moines area. During the course of my duties, I have conducted physical surveillance, controlled purchases of controlled substances, and worked with confidential informants to gather intelligence on target subjects trafficking controlled substances. I have used cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, GPS tracking devices, and audio surveillance, among other law enforcement techniques, in the course of my career. During my law enforcement career, I have conducted traffic stops and investigations that led to the seizure of controlled substances and proceeds from illegal activity. I have testified in judicial proceedings and prosecutions for violations of laws concerning controlled substances. Based on my training and experience, I can identify a host of controlled substances to include cocaine and am familiar with the modus operandi of drug traffickers.



2.      I have personally been involved in a multi-agency investigation of a suspected

violent gang and drug trafficking organization ("DTO") in and around metro Des Moines, Iowa.

This investigation includes the FBI's Central Iowa Gang Task Force, which includes members of

the FBI, Dallas County Sheriff's Office, Des Moines Police Department, Polk County Sheriff's

Office, and Story County Sheriff's Office, and Altoona Police Department (collectively, the "Task

Force"). Also included in the investigation are the Bureau of Alcohol, Tobacco, Firearms, and

Explosives (ATF) and Drug Enforcement Administration (DEA).[1]

3.      The facts in this Affidavit come from my personal observations, my training and

experience, and information obtained from other agents and witnesses. This Affidavit is intended

to show merely that there is sufficient probable cause for the requested complaints and does not

set forth all of my knowledge about this matter.

4.      Based on the facts set forth in this Affidavit, probable cause exists to issue criminal

complaints and arrest warrants for the following individuals:

  a.      DAERON JOHNSON MERRETT (21 U.S.C. §§ 841(a)(1), 846)

  b.      JOHNNATHAN MONROE FRENCHER (21 U.S.C. §§ 841(a)(1), 846; 18
          U.S.C. § 922(g)(1); 18 U.S.C. § 924(c); 18 U.S.C. § 1951)

  c.      FREDDIE LEE FRENCHER, JR. (21 U.S.C. §§ 841(a)(1), 846; 18 U.S.C.
          § 924(c); 18 U.S.C. § 1951)

  d.      MARCUS ANTWON HUNT (21 U.S.C. §§ 841(a)(1), 846)

  e.      CORDNEY LAVELLE SMITH (21 U.S.C. §§ 841(a)(1), 846)

  f.      BARRY LEON ADAIR, JR. (21 U.S.C. §§ 841(a)(1), 846)

  g.      JOSE ANTONIO SANCHEZ, JR. (21 U.S.C. §§ 841(a)(1), 846)

---

[1] For the purpose of this Affidavit, the term "agent" will be used to describe all state or
federal sworn law enforcement officers such as, but not limited to, deputies, detectives, Special
Agents, and police officers.

h.    CONRAD FRED TAYLOR, JR. (21 U.S.C. §§ 841(a)(1), 846)

i.    JHAMEL DONTA BOOKER (21 U.S.C. §§ 841(a)(1), 846)

j.    CORNELIUS NEAL POPE (21 U.S.C. §§ 841(a)(1), 846)

k.    PETER E. COOPER, JR. (21 U.S.C. §§ 841(a)(1), 846)

l.    WALTER STEFON BURGS (21 U.S.C. §§ 841(a)(1), 846)

m.    ANTOWAN LEON TAYLOR (21 U.S.C. §§ 841(a)(1), 846)

n.    PAUL JOSEPH CASTELLINE (21 U.S.C. §§ 841(a)(1), 846)

### PROBABLE CAUSE

#### OVERVIEW OF INVESTIGATION

5.    Since May 2016, the Federal Bureau of Investigation's Central Iowa Gang Task Force, together with other federal, state, and local agencies, has been investigating the C-Block criminal street gang, located in Des Moines, Iowa.[2]  Although C-Block is a neighborhood gang, with territory roughly encompassing the area in and around Cheatom Park in Des Moines, they are associated with the Crips, a national criminal street gang.  According to sources cited herein, C-Block is currently led by DAERON JOHNSON MERRETT (DAERON), his twin brother, MARSHAUN JORDAN MERRETT (MARSHAUN), and BARRY LEON ADAIR, JR. (ADAIR).  Members and associates of C-Block are responsible for a number of shootings, murders, robberies, and other violent crimes committed in the greater Des Moines metropolitan area in recent years.

---

[2] The information contained herein regarding C-Block membership, association structure, hierarchy, and criminal activities is derived from records, reports, and first-hand accounts from members of the Central Iowa Gang Task Force, Des Moines Police Department, Polk County Sheriff's Office, Iowa Department of Corrections, and others.  Confidential human sources and multiple cooperating defendants further corroborated this information.

6.      Information via human sources, social media analysis, proffer interviews with cooperating defendants, and reports from law enforcement officers indicate the C-Block criminal street gang is also a drug trafficking organization (DTO). The investigation, detailed herein, confirms the gang's ongoing participation in the distribution of controlled substances.

7.      Through a variety of investigative means, to include intercepted communications, search warrants, physical and electronic surveillance, publicly-available records, and controlled purchases of drugs, agents have determined that DAERON and MARCUS ANTWON HUNT (HUNT) are traveling to the Chicago, Illinois and Gary, Indiana areas to obtain cocaine for distribution in the Des Moines area. CORDNEY LAVELLE SMITH (SMITH) has been identified as the broker of these cocaine transactions in the Chicagoland area.

8.      Through these methods, agents have also identified ADAIR, JOHNNATHAN, FREDDIE, JOSE ANTONIO SANCHEZ, JR. (SANCHEZ), CONRAD FRED TAYLOR, JR. (CONRAD), JHAMEL DONTA BOOKER (BOOKER), CORNELIUS NEAL POPE (POPE), PETER E. COOPER, JR. (COOPER), WALTER STEFON BURGS (BURGS), ANTOWAN LEON TAYLOR (ANTOWAN) and PAUL CASTELLINE (CASTELLINE), among others, as distributors of cocaine and other controlled substances in the Des Moines metro.

9.      Over the course of this investigation, agents obtained authorization or warrants to (1) install and utilize pen register and trap and trace devices on cellular telephones used by members of the DTO; (2) obtain historical and prospective location information for cellular telephones used by members of the DTO; and (3) utilize mobile tracking devices on vehicles used by members of the DTO. Reference to specific telephone and vehicle location information in this Affidavit was obtained pursuant to these warrants and orders, or through physical or video surveillance.

4

10.     In addition, agents also obtained authorization to intercept communications over cellular telephones used by members of the DTO. Specifically, agents received court authorization for the following interceptions:

a.      Wire and electronic communications over cellular telephone assigned call number (515) 525-7373, known to be utilized by JOHNNATHAN, from December 3, 2018, until January 14, 2019; and

b.      Wire and electronic communications over cellular telephone assigned call number (515) 770-5903, known to be utilized by DAERON, beginning December 31, 2018 and currently ongoing.[3]

11.     In addition to the foregoing cellular telephones, agents believe the targets of this investigation are likely communicating through other means in real-time during this investigation. Because interceptions were not occurring over these means, this Affidavit contains factual recitations of incidents that may be incomplete or gaps in events that are likely attributable to communication over means other than the telephones being intercepted.

12.     Controlled purchases referred to in this Affidavit were each conducted in the same manner. For each purchase, agents: (a) searched the informant, informant's vehicle, and any area used by the operation immediately before and after the drug transaction for contraband and no contraband was found, aside from what the informant obtained during the transaction and turned over to agents; (b) provided the informant with a digital recorder/transmitter to record and monitor the transactions where feasible; (c) conducted physical surveillance during the transaction; and (d) debriefed the informant immediately following the transaction. All purported cocaine seized

---

[3] The Order authorizing these interceptions expires March 27, 2019. Based on investigators' training, experience, and familiarity with the investigation, investigators have made logical translations of the calls when deemed necessary as some of the terms used are slang used by those involved in narcotics trafficking. Quoted conversations are close approximations and may not be exactly accurate as the limitations of the system make what is said harder to discern than other times. However, the content and context are accurate and have not been altered by investigators. The notation "[UI]" refers to portions of the conversation that are unintelligible.

during these transactions has field-tested positive for the presence of cocaine, but has not yet been confirmed by laboratory analysis. Numerous controlled purchases have been made over the course of this investigation, and not all controlled purchases are included or referenced in this Affidavit.

<u>CONTROLLED PURCHASES – OCTOBER AND NOVEMBER 2018</u>

**October 9, 2018 - Attempted Controlled Purchase**

13.    On October 9, 2018, CHS contacted JOHNNATHAN via text message under the direction of investigators and arranged to meet at a residence in the 1100 block of 14th Street in Des Moines (DAERON's residence) in order for CHS to purchase a quantity of cocaine from JOHNNATHAN. At approximately 10:50 p.m., JOHNNATHAN arrived at DAERON's residence and entered CHS' vehicle. Investigators recorded and monitored the conversation between CHS and JOHNNATHAN. The following is a summary of the conversation based on the recording and CHS' statements. JOHNNATHAN asked the CHS how much he/she wanted. CHS told JOHNNATHAN he/she had $250. In reply, JOHNNATHAN asked if CHS wanted two. JOHNNATHAN stated the drugs were "in there" which CHS believed was a reference to the garage associated with DAERON's residence. JOHNNATHAN stated he never keeps drugs or guns on his person and that when he needed to make a transaction he just went to DAERON's residence. During the conversation, JOHNNATHAN made two calls to DAERON. At the conclusion of the interaction, JOHNNATHAN offered to meet up with CHS when he had the drugs.

**October 10, 2018 - Controlled Purchase**

14.    On October 10, 2018, CHS reported speaking with JOHNNATHAN during an unmonitored call. CHS reported that during the phone call, JOHNNATHAN told CHS to come by the house on the west side (referring to DAERON's residence) and pick up 1/8th ounce of cocaine.

6

CHS further stated that JOHNNATHAN told him/her that "Sheez" (a/k/a MARSHAUN MERRETT) would distribute the cocaine to CHS as he (JOHNNATHAN) was not available.

15.    At approximately 3:10 p.m., CHS arrived in the alley behind DAERON's residence. Shortly after arriving, investigators heard CHS leave the vehicle via the electronic monitoring device but he/she neglected to bring the device with him/her. CHS later reported that DAERON came out of DAERON's residence and motioned for him/her to come with him to the garage. CHS stated that once in the garage, DAERON retrieved the powder cocaine. CHS stated he/she paid DAERON for 4.3 grams of powder cocaine.

### November 21, 2018 – Controlled Purchase

16.    On November 21, 2018, CHS and JOHNNATHAN had a series of consensually-monitored and recorded voice calls to arrange for CHS to obtain cocaine from JOHNNATHAN and DAERON. At JOHNNATHAN's direction, CHS made a recorded voice call to DAERON. During that call, DAERON provided CHS with his current location.

17.    At approximately 1:35 a.m., CHS arrived in the parking lot of a business in West Des Moines where DAERON advised he was located. Soon thereafter, CHS called DAERON (this call was not recorded or monitored but was overheard on the recorder) and told him he/she was outside in the parking lot and described the vehicle CHS was driving. Soon thereafter, law enforcement observed DAERON leave the bar and enter CHS' vehicle. Inside the vehicle, DAERON sold CHS approximately 4.1 grams of powder cocaine.

### ATTEMPTED ROBBERY – JOHNNATHAN AND FREDDIE FRENCHER

### Interceptions of JOHNNATHAN and FREDDIE

18.    On December 13, 2018, beginning at approximately 2:41 p.m., agents intercepted the following text message exchange between JOHNNATHAN and FREDDIE:

7

| FREDDIE: | Wyo [What are you on] |
|---|---|
| JOHNNATHAN: | On jail call wassup [what is up] |
| FREDDIE: | I got this lick [robbery/burglary] |
| JOHNNATHAN: | She if he come get me I got some smoke [marijuana] |
| JOHNNATHAN: | See |
| FREDDIE: | We on the way |
| JOHNNATHAN: | Way [Way or where you at] |

19.   Based on my knowledge, training and experience, the above electronic communications are consistent with discussions about a planned Hobbs Act robbery that JOHNNATHAN and FREDDIE were going to commit. Specifically, FREDDIE tells his brother that he has this "lick," which is generally street slang for a robbery or a burglary.

20.   On December 13, 2018, at approximately 2:51 p.m., agents intercepted the following call between JOHNNATHAN, FREDDIE, and an UNKNOWN MALE (UM):

| JOHNNATHAN: | "What's up?" |
|---|---|
| FREDDIE: | "Yeah, I'm over here with ugh Bro.  Remember ugh Bro ugh who put the TVs up?  Roe's homie?" |
| JOHNNATHAN: | "Mmhmm." |
| FREDDIE: | "Yeah, he just told me about this lick (robbery/burglary), boy, on the north." |
| JOHNNATHAN: | "What he. . . what he. . . ummm. . . " |
| FREDDIE: | "He said. . . what's in there?  Money. . . money and weed [marijuana]." |
| JOHNNATHAN: | "Where at?" |
| FREDDIE: | "Wax [marijuana wax]." |
| FREDDIE: | "On the North Side on Euclid.  Over there by Euclid. . ." |

JOHNNATHAN:    "In the crib [house]?"

FREDDIE:    "Na.  He said it's in the garage."

…..

UM:    "He got this little tote that just got jars and jars of green [marijuana] and then he don't even smoke weed [marijuana].  He smokes wax [marijuana wax] so he always got wax [marijuana wax]."

JOHNNATHAN:    "And money?"

UM:    "[UI]  Yep.  He always got money, too.  Everything's right there.  It's all in his little. . . it's all in his little tote."

JOHNNATHAN:    "Motherfuckers go in that bitch now!  All hood!"

UM:    "Yeah.  Yeah, and see if it. . . if it ain't in the garage right there by his little fuckin' office desk then it's inside the house up in this closet and that's. . . I mean. . . I could tell you the whereabouts on that, too."

JOHNNATHAN:    "He got straps [firearms]?"

UM:    "He ain't no taller than five foot."

JOHNNATHAN:    "He got some straps [firearms]?"

UM:    "No.  He ain't got shit.  All he got is decorative swords and Chinese knives and shit.  That's all he got, Bro.  He ain't strapped [armed].  He ain't got shit."

JOHNNATHAN:    "And dude ain't got no straps [firearms] or nothin' in there, nigga.  We runnin' in there."

FREDDIE:    [UI]

JOHNNATHAN:    "If that shit ain't in the garage, we runnin' in the crib [house], kickin' in the door, runnin' in that crib [house]."

FREDDIE:    "Yeah!  Yeah!  All that!  I'm on that!  I know what you talkin' about!  [UI]."

JOHNNATHAN:    ". . . And got no straps [firearms] so shit. . . "

FREDDIE:            "Yeah."

JOHNNATHAN:       "[UI]. . . bitch lay that bitch down [shoot him]."

21.      Based on this affiant's knowledge, training, and experience, the above conversation is consistent with JOHNNATHAN and FREDDIE planning to commit a Hobbs Act robbery of marijuana from a residence.      At the beginning of the call, FREDDIE tells his brother JOHNNATHAN that a mutual friend of theirs has a "lick" for them.  As stated previously, "a lick" is generally street slang for a robbery or burglary.  FREDDIE then proceeds to tell JOHNNATHAN that the fruits of the robbery or burglary would be "money," "weed," and "wax."  "Wax" is concentrated THC derived from marijuana.  FREDDIE goes on to tell JOHNNATHAN that the money, marijuana, and wax are in a garage and then puts UM on the phone, who provides JOHNNATHAN with more information.

22.      UM tells JOHNNATHAN that the drug dealer in question has a tote full of multiple jars of "green," which is street slang for marijuana.  JOHNNATHAN asks UM about money, to which UM says the drug dealer always has money.  JOHNNATHAN appears excited by this prospect and says they should go rob the guy now ("Motherfuckers go in that bitch now!  All hood!").  UM then proceeds to tell JOHNNATHAN where the money, marijuana, and wax can be found in the garage and/or the house.  JOHNNATHAN then asks UM if the drug dealer has "straps."  "Strap" is street slang for a firearm and it usually refers to a handgun.  UM tells JOHNNATHAN that the dealer does not have any guns and only has decorative swords.

23.      FREDDIE eventually gets back on the phone and JOHNNATHAN tells him the dealer is unarmed so nothing will stop them from "running in there," meaning that they would not be prevented from committing a home invasion robbery even if the dealer was home. JOHNNATHAN reiterates that point by saying if the money, marijuana, and wax are not in the

garage, they will just kick in the door to the house. FREDDIE also appears excited and agrees to the plan. JOHNNATHAN then says, "And got no straps so shit . . . bitch lay that bitch down," which I believe to mean that JOHNNATHAN was willing to shoot the intended victim of the robbery if necessary ("lay that bitch down.").

### Surveillance and Traffic Stop – December 13, 2018

24.     Following these intercepted communications and during the early evening hours of December 13, 2018, surveillance was conducted outside of FREDDIE's known residence, in the 6000 block of SW 9th Street, Des Moines. At approximately 5:03 p.m., within hours of the intercepted calls detailed above, surveillance observed JOHNNATHAN and FREDDIE leave FREDDIE's residence. JOHNNATHAN and FREDDIE got into the front passenger seat and back passenger seat, respectively, of a waiting vehicle (registered to Toyia STRODE) and left the area.

25.     At approximately 5:10 p.m., the Des Moines Police Department executed a traffic stop on a vehicle occupied by Strode, JOHNNATHAN, and FREDDIE. STRODE was driving, JOHNNATHAN was riding in the front passenger seat, and FREDDIE was riding in the rear passenger seat. Officers detected an odor of marijuana coming from the vehicle and removed the occupants. A search of the vehicle revealed a loaded, Glock, 22 Gen 4 Model, .40 caliber pistol (serial number: BBSY119) under the front passenger seat, where JOHNNATHAN had been seated. Under the rear passenger seat, where FREDDIE had been seated, officers located a loaded, Glock, Model 42, .380 caliber pistol (serial number: ABHH938). JOHNNATHAN, FREDDIE, and STRODE denied any knowledge of the firearms and were released from the scene.

26.     On next day, December 14, 2018, at approximately 11:50 a.m., agents intercepted the following call between JOHNNATHAN and Toyia STRODE, the driver of the vehicle:

> STRODE:         "I believe and also I've talked with two other people who I
>                 work with…"

11

JOHNNATHAN:        "Yeah."

STRODE:        "...why we didn't get locked up.  Because I had the permit to carry.  So basically what they're. . . I looked on the . . on the website. . ."

JOHNNATHAN:        "Yeah."

STRODE:        ". . . that in Iowa you do not have to register your guns.  So I can have unregistered guns."

JOHNNATHAN:        "So you could have told the police them was your guns."

STRODE:        "I could have told them that.  I could'a. . . I didn't know. . . so I said nothin', but if I would have said those were mine, as long as they weren't stolen or had nothin' attached to'em. . . they. . . they just could have been just like, "Ok.  You're. . . you can just go on your way."  So, yeah, in Iowa you can have unregistered guns.  You are not required to register your guns.  Because I had a permit to carry. . . so basically how it went is because you said it wasn't yours.  Bear [FREDDIE] said it wasn't his.  And I said it wasn't mine it automatically goes to the owner of the car.  Well, the owner of the car is me and I have a permit to carry."

JOHNNATHAN:        "So they couldn't charge you."

STRODE:        "They can't do nothin' to me because I have a permit to carry.  Yeah.  And in Iowa you don't have to register your guns."

JOHNNATHAN:        "So you can go get them guns."

STRODE:        "Na. . . I don't know about that.  But they did say that in Iowa you don't have to have your guns registered.  So. . ."

JOHNNATHAN:        "So next time we get pulled over with some straps [firearms] in the car motherfuckers gotta them yo guns."

STRODE:        "I can. . . I could just say. . . I could just say they're mine.  Now, if anything I could get in trouble because they're loaded and you're not supposed to ride with loaded guns, but if anything they would just take'em.  Remember how they did Dre that one time?  They just took his guns?"

JOHNNATHAN:        "Yeah and gave them back."

STRODE:        "Yeah, in Iowa you don't have to register your guns. So even if they're not in your name you're perfectly fine."

27.      This affiant believes STRODE and JOHNNATHAN were talking about the traffic stop that occurred during the early evening hours of December 13, 2018. This traffic stop was executed because investigators believed JOHNNATHAN and FREDDIE were on their way to commit a Hobbs Act robbery. During this conversation, STRODE and JOHNNATHAN speak about the traffic stop, specifically the two handguns that were seized. The two speculate as to JOHNNATHAN's and FREDDIE's legal exposure resulting from the seizure and seem to plan out what they could do next time in order to keep the firearms from being seized by law enforcement. This affiant believes the above conversation further demonstrates JOHNNATHAN's and FREDDIE's possession, knowledge, and intent with respect to the seized firearms.

28.      An ATF interstate nexus expert has examined the firearms seized from JOHNNATHAN and FREDDIE on December 13, 2018. That examination confirmed each firearm was manufactured outside the state of Iowa, and therefore crossed a state line. A criminal history check on JOHNNATHAN confirms that he has a prior conviction for a crime punishable by a term of imprisonment exceeding one year, namely, a conviction for possession of a controlled substance with intent to deliver on May 21, 2014, in the Iowa District Court for Polk County.

### DAERON'S EARLY SOURCE OF SUPPLY – ANTOWAN TAYLOR

29.      During the early portion of the interceptions in this case, DAERON often lacked a consistent and reliable source of cocaine supply. Although DAERON later found a consistent source of supply (in the Chicagoland source of supply), he often obtained smaller quantities of cocaine for re-distribution in early to mid-January 2019. One of DAERON's sources during that time was ANTOWAN LEON TAYLOR (ANTOWAN).

30.    On January 3, 2019, at approximately 8:46 a.m., agents intercepted the following call between DAERON and ANTOWAN[4]:

DAERON:    "Hello."

ANTOWAN:    "What up, Cuz?"

DAERON:    "Shit. Anything going off?"

ANTOWAN:    "Uh. One of my fools [drug dealers], One of my fools just, just, just called and woke me up and said uh, and said he had uh, like, like a little four piece [an ounce of cocaine]. He had a little four piece left and uh, shit, I was like well fuck shit. I don't know if Cuz still want the two of em [half ounce of cocaine], cause, shit, I'm just the type of guy a little somethin'. But if you still wanted the two of em, I can just grab it for you. If you want me to?"

DAERON:    "Say it again."

ANTOWAN:    "I said, if you still needed them two [half an ounce], you know what I'm saying, I can, I can go grab'em for you."

DAERON:    "What's the ticket [How much does it cost]?"

ANTOWAN:    "Uh . . . fourteen [$1,400]."

DAERON:    "I really need just a half [half an ounce] right now."

ANTOWAN:    "Ahh. Ok. Ok. Yep, I, uh, shit I just, uh, I just, uh, got the call just just, about like shit, not even uh, not even ten minutes ago. I was like let me call Cuz [DAERON MERRETT] and see if he's up [wants to do business]."

DAERON:    "Yeah I'm up."

ANTOWAN:    "Uh, uh yep. I uh I just just just..."

DAERON:    "I could run through it, run through it [sell the cocaine]. I just needed, I I just want to take what I can, you know what

---

[4] Agents identified ANTOWAN as the user of this cellular telephone through subsequent surveillance, wherein the user of the phone made arrangements to meet with DAERON, and ANTOWAN arrived. Additionally, during one communication, the user of the phone identified his residence, which was a known address for ANTOWAN.

|  | I'm saying, what I got for right now." |
|---|---|
| ANTOWAN: | "Uh huh. Alright um, shit, shit, shit. So you just need me to uh, go that way for the . . . You know what I mean?" |
| DAERON: | "Say it again." |
| ANTOWAN: | "I said you just uh need me to go to the liquor store [drug dealer] and grab a little Hennessy [half an ounce]." |
| DAERON: | "Yeah. Yup, yup, yup." |
| ANTOWAN: | "Oh ok.  Yep, I'll go to the liquor store [see his dealer] for you.  I'm about to uh, I'm about to get up right now and uh, uh you know, come this way?  Or . . . " |
| DAERON: | "Which way do I come?" |
| ANTOWAN: | "Uh to to my, my spot [residence]." |
| DAERON: | "I will." |
| ANTOWAN: | "Alright. I'm text you the address." |

31.    Following the above call, ANTOWAN texts DAERON an address on East Rose Avenue in Des Moines.  Over the next several hours, agents intercepted several calls between DAERON and ANTOWAN, designed to complete the drug transaction they talked about in the prior call. At 9:43 a.m., ANTOWAN tells DAERON he is waiting on him, and DAERON asks if he has "it," referring to the cocaine they previously discussed DAERON purchasing.  At approximately 10:11 a.m., ANTOWAN gives DAERON directions to where ANTOWAN is located and tells DAERON to come inside. Later that same day, DAERON tells ANTOWAN that he has "like 5 [$500] on me," and ANTOWAN says he will stall the source as long as he can. ANTOWAN tells DAERON, "Shit I'm playing middle man for you," referring to being the person in the middle of the cocaine transaction, setting DAERON up with the source of supply.

32.     At approximately 7:08 p.m., DAERON calls ANTOWAN to tell him that he's got

"that" (the money for the cocaine) and the two agree to meet at "Elks" (referring to the Hawkeye

Elks Lodge located at 1401 Walker Street, Des Moines).   At 7:17 p.m., DAERON calls

ANTOWAN and confirms he is at the meet location.   At approximately 7:18 p.m., physical

surveillance observes DAERON arrive at the Elks Lodge in his known vehicle and park.   At or

about 7:30 p.m., surveillance observes an unidentified black male arrive in a black, Dodge Charger

registered to ANTOWAN. DAERON gets into the passenger side of ANTOWAN's vehicle, where

they remain for a few minutes.   At approximately 7:34 p.m., DAERON exits ANTOWAN's

vehicle and departs the area.   At approximately 7:58 p.m., physical surveillance followed

ANTOWAN back to the residence located at the address on East Rose Avenue he had previously

provided DAERON.  Based on the foregoing interceptions and surveillance, this affiant believes

DAERON obtained a half-ounce quantity of cocaine from ANTOWAN on January 3, 2019.

33.     On January 4, 2019, agents utilized CHS to make a controlled purchase of 3.2 grams

of powder cocaine from DAERON at **Target Location #1**.  This controlled purchase confirmed

DAERON received cocaine from ANTOWAN the day prior.

34.     On January 15, 2019, at approximately 5:46 p.m., agents intercepted the following

call between DAERON and ANTOWAN:

| | |
|---|---|
| DAERON: | "I got the cheese [money] in my hand, cuz." |
| ANTOWAN: | "Huh?" |
| DAERON: | "I said I got the cheese [money] in my hand." |
| ANTOWAN: | "Ummm . . . shit . . . let me . . . let me call him and see where he's at right now.  What was you . . . ugh . . . what was you . . . what . . . what . . . what do you want me to try and get?" |
| DAERON: | "I just get some powder [cocaine], cuz, [UI.]" |

ANTOWAN:          "Alright. I'm going to hit him and see."

35.       Based on this affiant's knowledge, training and experience, the above conversation is consistent with discussions about a drug transaction. DAERON tells ANTOWAN he has the "cheese," a common street term for money, in his hand., meaning he is ready to purchase cocaine from ANTOWAN. ANTOWAN says he will call an unknown male (the ultimate source of supply) and asks DAERON what he wants him to get. DAERON responds he wants some "powder," which is a common slang term for cocaine. In this context, ANTOWAN is again acting as a middle man through whom DAERON is going to obtain cocaine. ANTOWAN agrees to make contact with the unknown male to obtain cocaine for DAERON. Throughout the rest of the day on January 15, 2019, agents intercepted calls between DAERON and ANTOWAN in which ANTOWAN indicated he was repeatedly trying to call "the guy" (source), who would not answer the phone. DAERON repeatedly expressed frustration, stating that he had the "cheese in hand."

## TRIP TO OBTAIN COCAINE – JANUARY 27, 2019

36.       Through the investigation, surveillance, and intercepted communications, agents determined that DAERON and HUNT are traveling to the Chicagoland area[5] for the purpose of obtaining cocaine for distribution in the Des Moines area. At the time of this writing, agents have identified four separate trips made by DAERON and HUNT to obtain cocaine. These trips are summarized in the sections below.

---

[5] Because Chicago, Illinois and Gary, Indiana are approximately 30 miles apart, this Affidavit repeatedly refers to these areas collectively as "Chicagoland." References to specific addresses or cities are made only where necessary or pertinent to probable cause.

**Interceptions Prior to Trip**

37.    On January 25, 2019, agents began intercepting communications between DAERON and HUNT, suggesting they intended to obtain cocaine from an out-of-state source.[6] During one intercepted call at 4:14 p.m. on January 25, 2019, HUNT explained to DAERON that the people HUNT had been talking to would "give him some on consignment" [front the drugs] and would bring it to DAERON before he even had to give them "the bread [the money]." HUNT told DAERON that it would be "vacuum sealed," but the source would let them "cut the package" and "weigh it and everything." HUNT described it as "straight fish scale all glass [high quality cocaine]." In this affiant's training and experience, HUNT is describing the sale of high quality cocaine to DAERON during this conversation. HUNT is telling DAERON that HUNT's source will let DAERON examine the drugs before he has to pay for them, even by cutting open the vacuum-sealed package (a common way to package kilograms of cocaine) and weighing it out. This affiant knows "fish scale" and "glass" to be slang terms used to refer to high quality cocaine that has not been cut or diluted with other substances.

38.    On January 26, 2019, at approximately 2:36 p.m., agents intercepted a call between DAERON and ADAIR.[7] During that call, ADAIR and DAERON discuss what vehicle HUNT wants to take (referring to the trip to obtain cocaine). DAERON tells ADAIR that where they are going is just on the border with Illinois and not past Chicago (consistent with the Gary, Indiana area). ADAIR tells DAERON that he will probably "grab a little four piece" and asks if it is the "same shit" as last time. During a prior conversation, ADAIR referenced the prices being "steep"

---

[6] Agents identified HUNT as the user of this cellular telephone, as it is subscribed to by HUNT.

[7] Agents identified ADAIR as the user of this cellular telephone, per confidential source information. Subsequent physical surveillance of the user of this cellular telephone confirms it to be ADAIR.

at a "band for every one." This affiant believes ADAIR and DAERON had been discussing the upcoming trip to Chicagoland to obtain cocaine. DAERON had given ADAIR the option of getting cocaine, and ADAIR was lamenting that the cost was high. When ADAIR stated it was a "band for every one," he was likely referring to $1,000 ("band") per ounce of cocaine. This affiant knows this to be consistent with the street price for one ounce of cocaine, when obtained in larger quantities.

39.    At midnight on January 27, 2019, agents intercepted another call between DAERON and ADAIR.  ADAIR asks DAERON: "You all made it up there?" and DAERON responded that they were leaving in morning because by the time they would get there it would be night, and they "didn't do shit at night." This affiant believes ADAIR was asking DAERON if they had made it to Chicagoland, and DAERON responded they had to leave in the morning because the source did not want to do business at night. This affiant knows it is common for drug traffickers to avoid nighttime drug transactions with new or unknown customers because it increases the chances that they may get robbed or injured.

### Trip to Gary, Indiana – January 27, 2019

40.    On January 27, 2019, at approximately 8:28 a.m., agents intercepted an outgoing call from DAERON to WALTER BURGS:[8]

| DAERON: | "You ready?" |
|---|---|
| BURGS: | "Yeah, yeah, I just woke up so give me." |
| DAERON: | "Alright ok, ok." |
| BURGS: | "Yeah." |

---

[8] Agents identified BURGS as the user of this cellular telephone, as it is subscribed to by BURGS.

DAERON:          "Sooner I bump into you I'm gonna get up and get up outta here [leave for Chicagoland].  Thank you, appreciate it."

BURGS:           "Alright, I'm gonna hit you up in a minute, let me uh throw some pants on I'll be through."

41.     Following this intercepted call, agents conducted physical surveillance at BURGS' known residence, in the 3700 block of Valdez Drive, Des Moines.  At approximately 10:30 a.m., surveillance observed a silver, 2012 Audi TT, bearing Iowa plate GGP873 (the silver Audi), leave the garage at BURGS' residence.  A short time later, the silver Audi arrived in front of DAERON's residence.  Shortly after, a black male consistent in appearance with DAERON, is seen exiting DAERON's residence and getting into the passenger side of the silver Audi.  Moments later, HUNT arrives in a silver, 2007 Dodge Durango, bearing Iowa plate GQL024 (HUNT's Durango).  DAERON gets out of the silver Audi and walks towards DAERON's residence.  The silver Audi departs the area at this time.  At approximately 10:47 a.m. DAERON leaves DAERON's residence and gets into the front passenger side of a disabled, white 2008 Toyota Camry parked in the alley.  Based on BURGS' meeting with DAERON immediately prior to DAERON's and HUNT's departure for Chicagoland to obtain cocaine and DAERON's brief time in the disabled Toyota Camry, this affiant believes BURGS either provided DAERON with money toward the purchase of cocaine in Chicagoland or provided DAERON with another drug to store in the Toyota Camry for another customer.[9]

42.     HUNT and DAERON depart shortly after in HUNT's Durango, with HUNT driving.  Surveillance officers followed HUNT and DAERON to a QuikTrip gas station, before

---

[9] Later that day, while DAERON was eastbound to Chicagoland, electronic surveillance showed another individual arrive at DAERON's residence and appear to retrieve something from the disabled Toyota Camry.  At that time, BURGS also arrived back at DAERON's residence and went to the Toyota Camry, before conducing what appeared to be a hand-to-hand transaction with the other individual.

traveling east on Interstate 235.  Surveillance officers confirmed they traveled east on Interstate 80, and ceased surveillance in the area of Grinnell, Iowa.

43.     Location information for DAERON's phone confirms that DAERON and HUNT then traveled to Chicagoland on January 27, 2019.  Throughout the day, agents intercepted calls between DAERON and others, wherein DAERON repeatedly advised he was in Chicago.  At approximately 3:36 p.m., agents intercepted a call between DAERON and CORDNEY SMITH, who has been identified as the broker of these cocaine transactions.  During this call, DAERON directs SMITH to take a right off Grant to the "Denny's" (restaurant) by the "Love's" (gas station).  During this time, phone location information for showed DAERON in the area of 3150 Grant Street in Gary, Indiana, near a Denny's Restaurant and a Love's Truck Stop.  Based on the directions provided by DAERON, this affiant believes DAERON met SMITH at this location.

44.     At approximately 9:12 p.m., agents intercepted a call between DAERON and MARSHAUN, and DAERON said he was at 23rd and Halsted in Chicago.  DAERON tells MARSHAUN that "it took forever because the guy was trippin" (referring to the drug transaction taking a long time).  DAERON says, "we scored out there though" (referring to obtaining cocaine) and that they would be back around 2:00 a.m.

45.     At approximately 4:51 a.m. on January 28, 2019, electronic surveillance showed HUNT's Durango arrive back at DAERON's residence.  DAERON got out, went briefly to his own vehicle, and then went into his residence.

<u>TRIP TO OBTAIN COCAINE – FEBRUARY 2, 2019</u>

**Interceptions Prior to Trip**

46.     In the days prior to February 2, 2019, agents intercepted numerous calls suggesting DAERON and HUNT were taking another trip to Chicagoland to obtain cocaine.  For example, on

January 31, 2019, agents intercepted the following text message conversation between DAERON and BOOKER:[10]

| | |
|---|---|
| DAERON: | Goood news tho I'm bout to be bacc on my shit |
| BOOKER: | That's Whats up g. You got a time frame |
| DAERON: | Hopefully if shit works out right this weekend |
| BOOKER: | Just lemme know g u know im all in if its that shit. |
| DAERON: | Indeed my nigga |

47.    Based on this affiant's knowledge, training, and experience, the above text communications are consistent with that of one drug dealer talking to another. Specifically, DAERON tells BOOKER that he is about to be "bacc (sic) on my shit," which this affiant understands to mean that he is about to get more drugs. BOOKER responds with enthusiasm and asks him if he has a time frame, to which DAERON responds that it should be this weekend (February 2-3, 2019). BOOKER responds that he is "all in if its that shit," which this affiant understands to mean that if the quality of the drugs is high, like it has been in the past, BOOKER will purchase a significant quantity from DAERON.

48.    In an intercepted call between DAERON and HUNT on February 1, 2019, DAERON tells HUNT that they "are gonna leave at like 4:00 a.m.," referring to leaving early the next morning for Chicagoland. Later that same day, DAERON and HUNT speak again with an unknown male (UM) referred to as "Uncle" (note: "Uncle" is SMITH, who DAERON and HUNT each refer to as "Uncle" in other calls). During this call between DAERON, HUNT, and UM, DAERON says he is coming down with a "solid 12 in pocket" and that he is leaving at 4:00 (a.m.).

---

[10] Agents identified BOOKER as the user of this cellular telephone based on a traffic stop conducted of the user of this phone, in which BOOKER was identified as the driver.

This affiant believes DAERON was telling UM that he was leaving at 4:00 a.m. the next day and would be bringing $12,000 toward the purchase of cocaine ("solid 12 in pocket").

### Trip to Gary, Indiana – February 2, 2019

49.     In the early morning hours of February 2, 2019, agents were conducting physical surveillance of HUNT's residence. At approximately 5:00 a.m., surveillance observed HUNT get into the driver's seat of a blue, 2015 Hyundai Santa Fe.  Surveillance officers attempted to follow HUNT, but lost sight of him heading east on E. Walnut Avenue in Des Moines.

50.     Shortly thereafter, surveillance observed HUNT pull into a driveway of a residence in the 2000 block of Capitol Avenue, Des Moines.  Shortly thereafter, surveillance observed DAERON arrive, get into the Sante Fe with HUNT, and leave the area. Phone location information showed DAERON and HUNT again traveled to the Chicagoland area on February 2, 2019.

51.     Intercepted communications during and after this trip confirmed DAERON and HUNT obtained cocaine during this trip, but that DAERON shorted the cocaine supplier money owed for the cocaine.  After the transaction, at approximately 2:09 p.m., agents intercepted a call between DAERON and SMITH,[11] who is known to be the broker of these cocaine transactions in Chicagoland.  They had the following conversation:

| | |
|---|---|
| DAERON: | "He [cocaine supplier] called Cuz and tried to say the paper is short." |
| SMITH: | "By how much?" |
| DAERON: | "A band 20 or something." |
| SMITH: | "It can't be a band 20 short." |

---

[11] Agents identified SMITH as the user of this cellular telephone, as it is subscribed to by a family member and was provided by SMITH to his United States Probation Officer as his current phone number.

52.     Based on knowledge, training, and experience, this conversation pertains to the drug transaction that happened in Chicagoland.  This conversation between DAERON and SMITH followed the drug transaction, after the supplier had contacted DAERON to tell him the "paper" [common slang term for drug money] was "short" a "band 20" or $1,200.

53.     While DAERON was communicating with SMITH, he received another call from a co-conspirator in Chicagoland, who is the source of supply (Chicagoland SOS) or associated with the Chicagoland SOS.  This caller is referred to here as SOS#1.  During this conversation, DAERON and SOS#1 specifically discuss the money DAERON shorted the Chicagoland SOS:

SOS#1:          "Daeron?"

Conversation continues:

DAERON:        "Yeah."

SOS#1:          "Yeah man, yeah, that was off a band.  Yeah that was off a band bro.  Put that shit together.  My man is about to pull up."

DAERON:        "That was off a band?"

SOS#1:          "Yeah, It was a band and then the $20 [UI] was.  From the other band.  He said it was short."

SOS#1:          "Motherfucker was off a band."

DAERON:        "Okay."

SOS#1:          "The dude is fin to pull up and he has to get the shit man."

DAERON:        "We outside the city."

SOS#1:          "I know, I'm saying I can pull on ya'll so I can get it.  So I can get this shit."

SOS#1:          "Ya'll at a restaurant?"

DAERON:        "Yeah."

SOS#1:          "What's the name of the restaurant?"

24

| DAERON: | "JJ's." |
|---|---|
| DAERON: | "JJ's right off the E-Way." |
| SOS#1: | "Which one?" |
| DAERON: | "I'm gonna send you the address." |
| SOS#1: | "Alright." |

54.     Based on knowledge, training, and experience, this call pertained to the conversation between DAERON and SMITH above, wherein DAERON shorted somebody he purchased narcotics from $1,200. In this conversation, SOS#1, who appears to be associated with the Chicagoland SOS, tells DAERON that they were shorted "a band and then the 20." He urgently tries to meet up with DAERON and can hear that DAERON is in a restaurant (JJ's). SOS#1 arranges to meet up with them to get the money. Investigators confirmed that there is a JJ Fish & Chicken at 2567 Burr Street in Gary, Indiana, which is the area in which DAERON's cell phone was located during this conversation.

### Return to Des Moines and Distributions

55.     At approximately 7:48 p.m., physical surveillance observed the blue Hyundai Santa Fe, occupied by DAERON and HUNT, return the Capitol Avenue residence. After a short period of time, HUNT departed in the blue Hyundai Santa Fe, and DAERON in his own vehicle (which he had left at the residence). Physical surveillance lost sight of HUNT briefly, but observed HUNT pull into the parking lot located at HUNT's residence a short time later.

56.     Following DAERON's and HUNT's return to Des Moines in the evening of February 2, 2019, surveillance and interceptions further confirmed DAERON and HUNT received cocaine during the trip to Gary, Indiana. At approximately 7:49 p.m. – minutes after DAERON

returned to Des Moines – agents intercepted the following text message conversation between

DAERON and BOOKER:

| | |
|---|---|
| BOOKER: | How you looking over there g |
| DAERON: | I'm back now |
| BOOKER: | How it look |
| DAERON: | Like lumber yard strippers |
| BOOKER: | Ticket [How much] |
| DAERON: | They hit me cause I'm not coming normal on my end |
| DAERON: | But I can do 14 |
| BOOKER: | Cool |
| DAERON: | All fish cuz |

Conversation continues:

| | |
|---|---|
| BOOKER: | My nigga. That's what I was waiting t hear lol |
| DAERON: | 😊🔲😊 [emojis] |
| DAERON: | Fasho |
| BOOKER: | When this movie go off I'm coming your way. Same spot right |
| DAERON: | I might be on Capitol |
| DAERON: | 25th |
| BOOKER: | Cool. Works even better |
| DAERON: | Yap |
| BOOKER: | Ready |
| DAERON: | 25th n Capitol |
| DAERON: | Ave |

BOOKER:          Pulling up

BOOKER:          Between 25th n 26th

57.    Based on knowledge, training, and experience, the above text communications are consistent with efforts to negotiate a drug transaction. Specifically, BOOKER asks DAERON how he's looking, which means he's asking if DAERON has drugs. DAERON replies that he's back (from his trip to purchase drugs in Chicagoland) and that when BOOKER asks about the quality of the drugs, DAERON says it looks like "lumber yard strippers" (i.e. the quality is high).[12] BOOKER responds by asking what the "ticket" is (how much it costs). DAERON tells him that it is going to be "14" ($1,400), which is consistent with the price for once ounce of powder cocaine. That amount of cocaine is not consistent with personal use which means that BOOKER is dealing cocaine, and DAERON is his supplier. BOOKER agrees to the price and DAERON reassures him about the quality of the cocaine by saying it is "fish." In this affiant's training and experience, "fish" or "fish scale" refers to an extremely high-quality, uncut cocaine. The two then go on to arrange the location for the drug transaction, which, based on DAERON's description of 25th and Capitol, is the location where DAERON and HUNT had met earlier that day.

## TRIP TO OBTAIN COCAINE – FEBRUARY 8-10, 2019

### Interceptions Prior to Trip

58.    As is typically the case, prior to the third trip, agents intercepted numerous communications indicating an upcoming trip to Chicagoland to obtain cocaine. For example, on

---

[12] Agents believe "lumber yard strippers" is a reference to a local gentleman's club called "The Lumber Yard." I am aware that patrons in the Des Moines area who frequent this type of establishment consider The Lumber Yard to be more upscale, as compared to other establishments of this type. As such, when DAERON refers to the cocaine as "look[ing] like lumber yard strippers," this is likely a reference to the quality of the cocaine being high and looking "good", similar to the perceived quality of the performers at The Lumber Yard.

February 4, 2019, agents intercepted the following conversation between DAERON and HUNT, which was part of a broader conversation:

DAERON: "I should take this. I already owe. I'll take care of all that other shit. I don't care. You're still supposed to have some shit to go back to your family nigga, you feel me."

HUNT: "Yeah."

DAERON: "I don't like that shit. [UI] Your peoples he's sweating us about on some shit we all supposed to been like we all was in the wrong. Let's all chalk that up."

HUNT: "I chalked that up cause you my nigga."

DAERON: "I ain't trippin' cuz. I'll get it together."

HUNT: "He said it's gonna be 85 for a 9 rate." [SMITH was charging $8,500 for 9 ounces (252 grams) of cocaine]

DAERON: "Yeah."

HUNT: "So I did the numbers on it. It's like 930 or 940 for a whole one."

DAERON: "What?"

HUNT: "I said I did the numbers on it right?"

DAERON: "Mhmm."

HUNT: "He said 85 for a 9 rate. I did 8,500 divided by 9. It came out to 9-4-4." [$8,500 / 9 ounces = $944 per ounce of cocaine]

DAERON: "For a whole one?" [whole ounce of cocaine]

Conversation continues:

HUNT: "Yessir, individual."

DAERON: [UI]

HUNT: "He may just do 950 for it."

28

DAERON:            "Cuz ready to go back up there again, so..."

59.    Based on agents' knowledge, training, and experience, this conversation pertains to

the negotiations surrounding future drug transactions. Investigators believe HUNT utilizes his

"uncle," SMITH, to broker these cocaine transactions. During this conversation, HUNT and

DAERON are talking about the rate they were/are being charged for an ounce of cocaine.

Specifically, it sounds as though they are negotiating getting nine ounces (252 grams) of cocaine

for $8,500, and HUNT is attempting to do the math concerning what that price per ounce would

be, arriving at $944 per ounce of cocaine.

60.    Agents have also observed that the vehicle DAERON and HUNT take to

Chicagoland is often a source of conflict or discussion for them. The first two trips were completed

with different vehicles, and much discussion of the vehicle they would use took place in advance

of each trip. On February 8, 2019, agents began intercepting calls between DAERON and

MARSHAUN, in which they were arranging for DAERON to use a Jeep registered to Chelsea

Clay (MARSHAUN's girlfriend) for the trip on February 8, 2019.

61.    During one call between DAERON and MARSHAUN at approximately 4:46 p.m.

on February 8, 2019, MARSHAUN asks DAERON to come get him because they have to "got get

the car from "her job [Clay's employment]." Electronic surveillance and phone location confirms

DAERON left DAERON's residence picked up MARSHAUN at MARSHAUN's/Clay's

residence, and drove to Clay's place of employment. From there, DAERON and MARSHAUN

returned to DAERON's residence, where they dropped off DAERON's vehicle and left together

in MARSHAUN's Jeep. At approximately 9:44 p.m., agents intercepted a call between DAERON

and HUNT, in which HUNT said he was ready and confirmed he was "straight [prepared, ready

to go]."

### Trip to Gary, Indiana – February 8, 2019

62.     Location information for DAERON's phone confirms the trip to Chicagoland, as it

shows DAERON leaving Des Moines, going to the Fort Dodge, Iowa area, then to the area of

Chicago, Illinois and Gary, Indiana.  Agents have obtained records from the Chicago Police

Department's Crime Prevention and Information Center, which utilizes video surveillance cameras

in Chicago to wirelessly record and document activity within the city.  These records show photos

of MARSHAUN's Jeep in Chicago on February 9, 2019.

63.     While DAERON and HUNT were in Chicago, they were in frequent

communication with SMITH, who, as discussed above, has been identified as the cocaine source

of supply and/or broker of the cocaine transactions in Chicagoland.  Throughout the day on

February 9, 2019, DAERON repeatedly spoke with SMITH concerning meet locations and the fact

that DAERON had previously shorted the cocaine suppliers, which made them hesitant to deal

with him.  Based on the intercepted communications, the time DAERON and HUNT were in

Chicago, and the prior transaction, agents believe the cocaine supplier made DAERON and HUNT

pay up front for the cocaine so that it could be counted, then supplied them with the product.

64.     On February 9, 2019, at approximately 7:12 p.m., agents intercepted a call between

DAERON and SMITH.  During that call, SMITH tells DAERON that "he said his man is gonna

bring it to him right now," and DAERON clarifies, "ten ounces [280 grams of cocaine]."  SMITH

tells DAERON to "call him and hit [SMITH] back."

65.     Immediately following that conversation, DAERON calls SOS#1 and has a lengthy

conversation.  DAERON asks SOS#1 to "try to get the ten for ten," and SOS#1 responds, "they

ain't gonna give you no ten zips [ten ounces] for a thousand a zip [ounce] man."  In this affiant's

training and experience, a "zip" refers to one ounce.  This affiant also knows that $1,000 per ounce

of cocaine is consistent with a good market rate for cocaine. As a result, this affiant believes DAERON was trying to negotiate ten ounces of cocaine for $10,000 ("ten for ten") and SOS#1 was advising him that there was no way the ultimate source of supply would give DAERON ten ounces of cocaine at $1,000 per ounce. After some more negotiations, DAERON tells SOS#1, "this might work," and the two arrange a meet location. Over the next several hours, agents intercepted numerous calls between DAERON/HUNT and SMITH, changing and clarifying the meet location, eventually settling on "JJ's" [Fish & Chicken Restaurant] on Burr [Street]. During this time, phone location information confirmed DAERON and HUNT were near Burr Street and West 25th Avenue in Gary, Indiana (JJ's Fish & Chicken is located at 2567 Burr Street). At approximately 9:47 p.m., SMITH confirms via intercepted voice call that he is "on Burr now" and "fittin to pull up [to JJ's]."

66.    Based on the foregoing conversations, this affiant believes DAERON and HUNT obtained at least nine ounces of cocaine from SMITH and SOS#1 on February 9, 2019.

### Return to Des Moines and Distributions

67.    Following the above-detailed cocaine transaction, phone location information confirmed that DAERON and HUNT began traveling west toward Des Moines. At approximately 10:34 p.m. on February 9, 2019, agents intercepted a text message from an unknown person asking DAERON to let him/her know when DAERON was back. DAERON replied, "On my way! Prolly round 3 or 4 [3:00 a.m. or 4:00 a.m.]."

68.    On February 10, 2019, at approximately 3:00 a.m., physical surveillance observed MARSHAUN's Jeep traveling westbound on Interstate 80 near the exit for Baxter, Iowa (approximately 15 miles east of Des Moines exits on Interstate 80). Physical surveillance followed them back to HUNT's residence, where a black male matching HUNT's physical appearance got

out of MARSHAUN's Jeep.   At approximately 5:36 a.m., electronic surveillance showed MARSHAUN's Jeep arrive back at DAERON's residence.

69.     In the days following DAERON's and HUNT's trip to Gary, Indiana, intercepted communications and surveillance – consistent with drug transactions – further confirmed DAERON and HUNT obtained cocaine while in Chicagoland and brought it back to Des Moines for distribution.   For example, on February 11, 2019, at approximately 11:25 a.m., agents intercepted a call between DAERON and CASTELLINE, who is a frequent customer of DAERON's.   During that call, CASTELLINE asks if DAERON can "hold him down for one" [referring to a quantity of cocaine], and DAERON affirms.[13]   Physical and electronic surveillance, detailed in a subsequent section, confirms DAERON served CASTELLINE after this call.

## FEBRUARY 2019 – CONTROLLED PURCHASE

70.     During the week of February 18, 2019, CHS was directed by investigators to contact DAERON in an effort to purchase cocaine.   CHS texted DAERON requesting a quantity of cocaine, to which DAERON replied, "alley."   Based on prior controlled transactions, investigators knew this to refer to the alley behind DAERON's residence.

71.     At approximately 3:10 p.m., CHS arrived in the alley behind DAERON's residence. At approximately, 3:25 p.m., investigators conducting electronic surveillance observed a black male matching DAERON's physical description and later confirmed to be DAERON MERRETT by CHS, approach and enter CHS' vehicle, where he sold CHS approximately 4.1 grams of powder cocaine.

---

[13] Agents identified CASTELLINE as the user of this cellular telephone, as it is subscribed to by CASTELLINE.

## TRIP TO OBTAIN COCAINE – FEBRUARY 28 – MARCH 1, 2019

### Interceptions Prior to Trip

72.    On February 26, 2019, at approximately 1:52 p.m., agents intercepted a call between DAERON and HUNT. During that conversation, DAERON and HUNT discuss another imminent trip to Chicagoland for the purpose of obtaining cocaine. HUNT starts the conversation by asking DAERON, "what's the deal," to which DAERON asks if HUNT has "some wheels." As detailed above, the vehicle to be taken on these trips to the Chicagoland area is always a point of discussion, and the efforts to procure these vehicles has often delayed their trips. This affiant believes DAERON's question about whether HUNT has "some wheels" asks whether HUNT has found a vehicle to take on the trip. DAERON states that "Cousin" [SMITH] continues to call him [about their next trip]. HUNT suggests they leave "tonight" (February 26, 2019), and DAERON asks "what's the point of leaving tonight?" and tells HUNT to leave tomorrow (February 27, 2019). HUNT tells DAERON to see what "money he can come up with tonight" and to "see the numbers." This affiant believes HUNT to be instructing DAERON to see what cash he can pull together or has for the next purchase of cocaine. The two conclude the conversation by agreeing to talk later.

### Trip to Gary, Indiana – February 28 – March 1, 2019

73.    In the evening of February 28, 2019, physical and electronic surveillance showed that DAERON and MARSHAUN switched vehicles, trading DAERON's vehicle for MARSHAUN's Jeep. At approximately 8:21 p.m., agents intercepted a call between DAERON and HUNT, wherein DAERON tells HUNT he is "outside." At this time, MARSHAUN's Jeep is observed arriving at HUNT's residence. HUNT left the residence and got into the front passenger seat, then traveled to a nearby gas station. There, DAERON and HUNT got out of the Jeep, switched seats (so HUNT was now driving), and traveled east on Interstate 80. Physical

surveillance of DAERON and HUNT ceased near Newton, Iowa, while they were still traveling east on Interstate 80.

74.     Again, phone location information and intercepted calls on February 28 and March 1, 2019, confirm DAERON and HUNT traveled to the Chicagoland area in MARSHAUN's Jeep. During an intercepted call to MARSHAUN at approximately 2:06 a.m. on March 1, 2019, DAERON tells MARSHAUN that they "just made it down here" (to Chicago). Agents have obtained records from the Chicago Police Department's Crime Prevention and Information Center, which show photos of MARSHAUN's Jeep in Chicago on March 1, 2019.

75.     Throughout the day on March 1, 2019, agents intercepted calls made and received by DAERON in which he advises other co-conspirators that he is in Chicago, or traveling back from Chicago, and will be home later that night. During an intercepted call between DAERON and ADAIR at approximately 1:08 p.m., DAERON tells ADAIR, "I'm here to turn that thing," which this affiant understands to be a reference to DAERON being in Chicagoland to turn a deal or get cocaine.

### Return to Des Moines and Distributions

76.     At approximately 10:31 p.m. on March 1, 2019, the Iowa State Patrol stopped DAERON and HUNT, driving west on Interstate 80 near the Colfax, Iowa exit (approximately 20 miles east of Des Moines). At that time, DAERON and HUNT were identified as the occupants of MARSHUAN's Jeep, with HUNT driving and DAERON in the front passenger seat. HUNT and DAERON were released from the traffic stop, and continued to Des Moines.

77.     Interceptions throughout the day on March 1, 2019, coupled with surveillance of DAERON's activities, confirms he and HUNT brought cocaine back from Chicagoland. At approximately 7:56 p.m., agents intercepted the following text message conversation between

DAERON and frequent customer, BURGS:

| | |
|---|---|
| BURGS: | You gone be ready |
| DAERON: | Yeah and I will need again |
| DAERON: | I'll be back around 11 |
| DAERON: | You need both than |
| BURGS: | Yes |
| DAERON: | Yap |
| DAERON: | You gone |
| BURGS: | Home |

78.     At approximately 11:49 p.m., agents intercepted a call between DAERON and

BURGS, in which BURGS advised he was home and DAERON stated he would swing by in 20

minutes. On March 2, 2019, at approximately 1:10 a.m., agents intercepted an outgoing call from

DAERON to BURGS. DAERON says, "I'm outside." BURGS responds, "Alright cool come on

in." Mobile tracking information for DAERON's vehicle shows him in the area of BURGS'

residence at this time.

79.     Based on this affiant's training and experience, the intercepted communications,

and the subsequent surveillance, this affiant believes DAERON distributed cocaine to BURGS in

the early morning hours of March 2, 2019. While DAERON was traveling back from Chicagoland,

BURGS asked him if was going to "be ready," a common way to inquire whether a source has

drugs. DAERON responds that he will be ready and he will "need again," possibly a reference to

getting a different type of drug from BURGS. When DAERON asks if BURGS "need[s] both,"

he is likely referring to a quantity of cocaine BURGS had ordered from DAERON, such as two

ounces. DAERON asks whether BURGS needs both ounces right away, and BURGS confirms he

does. DAERON's travel to BURGS' residence immediately following this exchange is consistent with drug distribution.

80.   During an intercepted call between DAERON and CASTELLINE at 11:36 p.m., DAERON asks CASTELLINE if he "wants anything [cocaine]" and they agree to meet. Approximately 40 minutes later, DAERON tells CASTELLINE he is "good [has cocaine]" and is headed out to meet CASTELLINE. CASTELLINE asks DAERON if "it" is "good looking," and DAERON confirms that it is. At approximately 1:30 a.m. on March 2, 2019, physical surveillance observed DAERON arrive at CASTELLINE's residence (CASTELLINE's residence) and go inside. Based on this affiant's training and experience, the intercepted communications, and the subsequent surveillance, this affiant believes DAERON distributed cocaine to CASTELLINE in the early morning hours of March 2, 2019.

81.   On March 2, 2019, at approximately 4:49 p.m., agents intercepted a call between DAERON and SMITH, wherein DAERON described getting stopped by the police while he and HUNT were returning from Chicagoland. During that call, DAERON said his "heart was in his stomach." This affiant believes this is a reference by DAERON to the fact that he was nervous because he had cocaine in the car following the trip to Chicago, further confirming that DAERON and HUNT returned from Chicago with cocaine for distribution.

## DELIVERY BY CHICAGOLAND SOS – MARCH 7, 2019

82.   On March 2, 2019, agents intercepted a call between DAERON and HUNT, at approximately 4:18 p.m. In this conversation, agents believe DAERON and HUNT discuss a quantity of cocaine they were shorted or not provided by the Chicagoland SOS during their last trip (having returned the night before). HUNT tells DAERON "they" (Chicagoland SOS) want HUNT to "come back to the city and grab them." HUNT goes on to tell DAERON he was trying

to get them to meet half-way in Davenport, but assured DAERON "they have both of them" (referring to a quantity of cocaine, likely two ounces). DAERON tells HUNT he better figure it out.

83.    On March 7, 2019, at approximately 9:26 a.m., surveillance observed a white Jeep, registered to Dontez Adair and known to be driven by ADAIR, arrive at DAERON's residence. At approximately 9:32 a.m., surveillance observed a blue, Hyundai vehicle with Illinois plates arrive at DAERON's residence. Two black males exited the vehicle, retrieved a large black bag from the trunk, and entered the residence. Approximately twenty minutes later, surveillance observed ADAIR exit DAERON's residence, go to the white Jeep, then return to the residence. At 10:00 a.m., the two black males left DAERON's residence, placed an unknown item in the trunk of the Hyundai, and departed the area.

84.    Based on the prior communications between DAERON and HUNT, which suggested DAERON received less cocaine than he paid for or had anticipated during the March 1, 2019 trip to Chicagoland, this affiant believes HUNT arranged for the delivery of that cocaine to DAERON in Des Moines on March 7, 2019. Because ADAIR arrived at DAERON's residence minutes before the Chicagoland SOS arrived – and remained present for the entire transaction – this affiant believes ADAIR received some of the cocaine delivered by the Chicagoland SOS. This belief is bolstered by ADAIR's brief trip out to the white Jeep during the transaction. In this affiant's training and experience, it is common for purchasers of controlled substances to prefer to examine the product before paying for it. ADAIR's trip from DAERON's residence to his car and back during this time frame is consistent with him examining the cocaine inside the house, agreeing to purchase the cocaine, running out to his car to retrieve the money for that cocaine, and going back inside the house to pay for it.

## DELIVERY BY UNKNOWN OTHER SOURCE – MARCH 11, 2019

85.    March 11, 2019, intercepted communications and physical surveillance showed that DAERON received a supply of cocaine from an unidentified out-of-state supply, delivered to DAERON in or around West Des Moines. This source of supply (referred to as SOS#2) is separate from the Chicagoland source of supply discussed in prior sections of this Affidavit. Through intercepted communications and physical surveillance, agents have identified JOSE ANTONIO SANCHEZ, JR. (SANCHEZ) as DAERON's connection to SOS#2. Those communications and accompanying surveillance surrounding the March 11, 2019 cocaine transaction with SOS#2 are outlined below.

### Interceptions and Surveillance Surrounding Cocaine Delivery

86.    On March 11, 2019, agents intercepted a call between DAERON and SANCHEZ.[14] During this call, SANCHEZ says he is going to "slide" on DAERON, and DAERON directs SANCHEZ to meet him at the Hy-Vee on Grand [Avenue in West Des Moines]. At approximately 12:19 p.m., agents intercepted a call from SANCHEZ to DAERON, wherein SANCHEZ advised he was leaving now and was going to get gas first. Mobile tracking information shows DAERON drove to the Hy-Vee grocery store located at 1990 Grand Avenue, West Des Moines. Intercepted calls between DAERON and SANCHEZ and mobile tracking information confirm DAERON and SANCHEZ met in the area of Chicken Coop restaurant, north of the Hy-Vee at 1960 Grand Avenue, West Des Moines, at approximately 12:42 p.m.

87.    Over the next several hours, DAERON contacted several of his identified and unidentified cocaine customers in a clear attempt to gather money for the upcoming cocaine

---

[14] Agents identified SANCHEZ as the user of this cellular telephone, as it subscribed to by SANCHEZ.

transaction with SOS#2. At approximately 1:02 p.m., agents intercepted a call between DAERON and CONRAD. During that call, DAERON asks CONRAD if he is "ready" and CONRAD confirms he is. DAERON asks where CONRAD will be, then tells CONRAD he is at Hy-Vee. CONRAD responds that he will be there in a minute.

88.    DAERON contacts another co-conspirator and advises that "some shit is around" if he is looking (referring to cocaine being available if he is interested). The co-conspirator affirms and they discuss meeting. DAERON also contacts ADAIR at approximately 1:50 p.m., and tells ADAIR some "shoes" [cocaine] are there. ADAIR asks if it's "the same shit," referring to the same cocaine that DAERON has been receiving from the Chicagoland source of supply (SOS#1). DAERON tells him "no, some shoes the Mexicans be bringing, soccer shoes," indicating that this cocaine was coming from a different source of supply (SOS#2). ADAIR asks, "What's the ticket?" referring to the cost of the cocaine, and DAERON responds, "Size 11." This affiant believes "Size 11" refers to $1100 per ounce of cocaine, as DAERON and his co-conspirators typically talk about the price as a price per ounce. ADAIR tells DAERON that he is "looking at some other shit right now," but would let DAERON know.

89.    At approximately 1:59 p.m., agents intercepted a call between DAERON and SANCHEZ, in which DAERON tells SANCHEZ he is "trying to get this cabbage [money] together" and will "hit" [call] SANCHEZ back. SANCHEZ tells DAERON that "they" just called him, referring to SOS#2. At 2:20 p.m., DAERON tells SANCHEZ he is going to be ready in ten to fifteen minutes, and SANCHEZ confirms he will be there.

90.    At approximately 2:24 p.m., DAERON leaves his residence and drives to CONRAD's residence. CONRAD has been identified as an investor, who pools money with DAERON to purchase cocaine for resale, and as one of DAERON's significant customers of

cocaine. At 2:29 p.m., an intercepted call between DAERON and CONRAD confirms DAERON has arrived at CONRAD's residence and is going to go inside. After staying at CONRAD's for a few minutes, DAERON returns to his house. DAERON's quick stop at CONRAD's residence, while he is trying to get money together, is consistent with having picked up money from CONRAD for cocaine.

91.    DAERON and SANCHEZ arrive back at DAERON's house in separate vehicles, with SANCHEZ parking in the front. At approximately 2:46 p.m., CONRAD calls DAERON and tells DAERON that he has "9 bucks [$900]" because he "got a job real quick," referring to $900 more that he recently obtained or was good for since he had last met with DAERON minutes prior.

92.    At approximately 3:06 p.m., surveillance observed DAERON and SANCHEZ leave DAERON's house in SANCHEZ's truck.   At approximately 3:11 p.m., DAERON called CONRAD and told him to "bring that outside," and CONRAD affirms. Two minutes later, physical surveillance observed CONRAD walk out of his house and meet SANCHEZ's truck in front of CONRAD's house.    Surveillance observed CONRAD reach his hand momentarily into SANCHEZ's truck, before the truck leaves and immediately returns to DAERON's residence.

**Interceptions Confirming DAERON Received Cocaine**

93.    After the above events, agents intercepted numerous calls between DAERON and identified and unidentified customers that further confirmed he obtained cocaine from SOS#2 on March 11, 2019. At approximately 4:08 p.m., agents intercepted the following text message conversation between DAERON and another customer:

| | |
|---|---|
| DAERON: | Cuzzo these mf 👟 [shoes] nice [good quality] |
| Customer: | 👟 How much for a size 14 [14 grams] |
| DAERON: | 650 [$650] |

40

| Customer: | Ok im prolly gonna need to see you I'll give you a heads up |
|---|---|
| DAERON: | 100 |

94.     At approximately 4:48 p.m., DAERON initiated the following text message conversation with PETER E. COOPER, JR.:[15]

| DAERON: | I grabbed some of the best pair of shoes I've had in a minute |
|---|---|
| COOPER: | Bring one over so I can check it out |
| DAERON: | I got you |

95.     Mobile tracking information confirms that, at approximately 6:52 p.m., DAERON traveled to the area of COOPER's residence in the 3000 block of 54th Street, Des Moines. Based on the intercepted text message conversation between DAERON and COOPER, wherein DAERON tells COOPER he "grabbed some of the best pair of shoes [cocaine]" he has had recently and COOPER expresses a desire to see the cocaine, this affiant believes DAERON distributed cocaine to COOPER at his residence on March 11, 2019.

## DELIVERY BY CHICAGOLAND SOS – MARCH 12, 2019

96.     On March 12, 2019, intercepted communications and surveillance showed that the Chicagoland SOS made a second delivery of cocaine to DAERON in Des Moines. At approximately 10:35 a.m., agents intercepted a call between DAERON and an unidentified male with an Illinois area code (referred to here as UM7058). During this call, UM7058 asks, "Where do I need to meet you at, I gotta come back to the hood?" DAERON affirms.

---

[15] Agents identified COOPER as the user of this cellular telephone, as is subscribed to COOPER's known business. Subsequent surveillance of the user of this phone confirmed it to be COOPER.

97.    At approximately 10:36 a.m., agents intercepted a call from DAERON to ADAIR, wherein DAERON tells ADAIR to "come on" because "cuz about to be here." ADAIR responds, "Shit alright."

98.    At approximately 11:41 a.m., electronic surveillance showed ADAIR's white Jeep pull up in front of DAERON's residence. ADAIR got out of the white Jeep and went inside DAERON's residence, leaving the residence just three minutes later. The brief nature of this stop, after DAERON told ADAIR "cuz" (UM7058) was about to get there, is consistent with ADAIR dropping off money with DAERON for the purchase of cocaine from UM7058.

### Distribution to SANCHEZ

99.    At approximately 12:08 p.m., electronic surveillance showed the same, blue Hyundai with Illinois license plates from the March 7, 2019 transaction arrive at DAERON's residence. A black male exited the vehicle and went inside. Immediately, DAERON began calling known customers for cocaine, including SANCHEZ. At 12:21 p.m., DAERON calls SANCHEZ:

| | |
|---|---|
| DAERON: | "Did you want some of these mother fuckin' shoes [cocaine]?" |
| SANCHEZ: | "Shit not right now, I'm gonna get up with you in a little bit, I'm at work." |
| DAERON: | "Ahh you at work?" |
| SANCHEZ: | "I'll let you know when I get off." |
| DAERON: | "Shit, I don't know long cuz can keep –" |
| SANCHEZ: | "Alright just got ahead then, if anything I'll just come buy it off you." |

100.    During a subsequent call at 12:25 p.m., SANCHEZ tells DAERON to "grab me one [ounce of cocaine] at least," and DAERON agrees. SANCHEZ tells DAERON he is almost to the house (DAERON's residence) and will let him know when he is there.

101.    At 12:39 p.m., surveillance observed SANCHEZ arrive in his white truck behind

DAERON's house, and DAERON meets SANCHEZ at the truck.  DAERON opens the driver's

side rear door, and appears to place something inside the SANCHEZ's truck.  SANCHEZ then

departs and DAERON went back inside.

### Distribution to CONRAD

102.    On March 12, 2019, at approximately 3:09 p.m., agents intercepted a call between

DAERON and CONRAD.[16]  DAERON tells CONRAD, "I got that [cocaine] for you in a second.

I'm gonna finish eating this food.  Then you can pull up on me."  CONRAD affirms.  Mobile

tracking information places DAERON in downtown Des Moines at a bar/restaurant during the

3:09 p.m. call to CONRAD.

103.    At approximately 3:45 p.m., DAERON calls CONRAD back and tells him to "pull

up on me when you get a chance."  CONRAD confirms he is on his way.  At approximately 4:44

p.m., CONRAD calls DAERON and says, "I'm about to pull up  but I need you to do a favor

though . . . Can you make me a dribble out of it real quick?"  DAERON affirms.  This affiant

knows a "dribble" to be a common slang term for 1/8th of an ounce of a controlled substance.  As

a result, this affiant believes CONRAD was letting DAERON know that he was going to arrive at

DAERON's shortly, but asked DAERON to separately prepare an 1/8th of an ounce of cocaine

out of the larger quantity CONRAD was receiving from DAERON.  This affiant believes

CONRAD would likely make that request of DAERON if CONRAD was going to distribute the

1/8th of an ounce of cocaine to a customer immediately after leaving DAERON's house and would

not have the time or equipment (like a digital scale) to prepare the individual quantity himself.

---

[16] Agents identified CONRAD as the user of this cellular telephone based on the context
of subsequent interceptions, in which CONRAD's nickname is used, and physical surveillance of
the user of this phone.

104.   At 4:54 p.m., agents intercepted a call from CONRAD to DAERON, wherein CONRAD advised he was "coming up to it right now." At 4:57 p.m., CONRAD called DAERON and advised, "I'm out here now." At this time, electronic surveillance shows a silver Buick pull into the alley behind DAERON's house. DAERON exits the house, approaches the passenger side window of the silver Buick, and remains for a moment before the silver Buick departs. Based on the foregoing interceptions, this affiant believes CONRAD obtained cocaine from DAERON during this transaction.

105.   A criminal history check was conducted on DAERON, which reflects: (a) 2007 misdemeanor conviction for possession of a controlled substance; and (b) 2011 felony convictions for three controlled substance violations.[17]

ADDITIONAL INFORMATION

**Additional Interceptions and Surveillance of MARCUS HUNT**

106.   As detailed throughout this Affidavit, HUNT is DAERON's cocaine distribution partner. HUNT and DAERON travel to Chicagoland on a near-weekly basis to obtain cocaine for distribution. Physical surveillance and a traffic stop demonstrates that HUNT is typically the driver on these trips and the duo has taken HUNT's Durango on the first trip in late January 2018. On the second, third, and fourth trips, physical surveillance observed HUNT either departing from or returning to HUNT's residence. As a result, HUNT is likely leaving HUNT's residence with drug proceeds used to purchase future quantities of cocaine, and returning to HUNT's residence with cocaine purchased from Chicagoland.

---

[17] Criminal histories identified in this Affidavit include only convictions pertaining to controlled substances offenses. Other criminal history is omitted.

107.    Interceptions and surveillance on February 18, 2019 further confirm HUNT's involvement in distributing cocaine with DAERON.   At approximately 11:42 a.m., agents intercepted a call between DAERON and CASTELLINE.   During the call, CASTELLINE asks DAERON if he "can roll by the crib" [CASTELLINE wants DAERON to deliver cocaine], and DAERON responds, "Give me a second, I gotta get my shit together."

108.    At approximately 1:54 p.m., agents intercepted a call between DAERON and CASTELLINE:

| | |
|---|---|
| DAERON: | "Still waitin bro." |
| CASTELLINE: | "You got any idea, Johnathan gotta bounce pretty soon?" |
| DAERON: | "I gotta uh, I'm fittin to go out there to his house right now. He stay on the south side so if anything I'm probably gonna have to meet you." |
| CASTELLINE: | "You gotta what now?" |
| DAERON: | "I said I might shoot out to his house, it's on the south side, but if anything you are going to have to meet or something." |
| CASTELLINE: | "Oh ok." |
| DAERON: | "I'm fittin to head that way now." |
| CASTELLINE: | "We can uh, like five minutes." |
| DAERON: | "I'm gonna hit you as soon as I get my hands on it." |

109.    In the above conversation, DAERON is explaining to CASTELLINE that he has to trip to the south side [of Des Moines] before he can meet CASTELLINE to deliver the cocaine CASTELLINE had ordered.   DAERON tells CASTELLINE he is going to hit him as soon as he has his hands on it, meaning he will call CASTELLINE as soon as he has picked up the cocaine from the residence on the south side.

110.    At approximately 2:24 p.m., agents intercepted a call between DAERON and
CASTELLINE, where the two agree on a meet location.  At approximately 2:32 p.m., physical
surveillance observed DAERON pull into the parking lot at HUNT's residence, which is on the
south side of Des Moines.  At approximately 2:44 p.m., surveillance observed HUNT exit the
southwest door of his residence and get into DAERON's vehicle.  Just two minutes later, HUNT
got out of DAERON's vehicle and went back into his residence.

111.    Surveillance followed DAERON to the area of 9th Street and Crocket Street in Des
Moines, the area he had agreed to meet CASTELLINE.  At approximately 3:06 p.m., agents
intercepted a call between DAERON and CASTELLINE, wherein DAERON asks, "Where you
at?" CASTELLINE responds, "We're back here."  DAERON states, "Oh I see you." Although
surveillance was unable to observe DAERON meet CASTELLINE, DAERON was observed
pulling out of the parking lot on the northwest of the intersection of 9th Street and Crocker Street,
consistent with the meeting having taken place.  Based on the foregoing interceptions and
surveillance, DAERON was likely out of cocaine at his residence and had to pick up cocaine from
HUNT's supply at HUNT's residence.  DAERON traveled to HUNT's residence, where he met
with HUNT, obtained cocaine, and delivered it to CASTELLINE.

112.    Although this Affidavit contains only a sampling of the intercepted
communications between DAERON and HUNT, many others are also indicative of their drug
trafficking relationship.  For example, on March 2, 2019, at approximately 6:26 p.m., agents
intercepted a call between DAERON and HUNT.  During that call, HUNT says, "You have my
digital [scale] man," and DAERON responds "tough break buddy."  DAERON goes on to say,
"You act like you can't eyeball."  HUNT replies that he "like[s] to be precise."  In this
conversation, HUNT tells DAERON that DAERON has HUNT's digital scale, used to weigh out

46

drugs for distribution. When DAERON responds that HUNT acts like he "can't eyeball" it and HUNT says he likes to "be precise," they are discussing HUNT's ability to visually determine a drug quantity for distribution.

113.    A criminal history check was conducted on HUNT, which reflects: (a) 2009 felony conviction for a controlled substance violation.

## Additional Interceptions of CORDNEY SMITH

114.    As illustrated above, SMITH has been identified as the broker of the transactions between DAERON and HUNT and the Chicagoland SOS. On each trip to Chicagoland to obtain cocaine, DAERON has been in contact with SMITH to arrange or facilitate that transaction. The intercepted communications discussed in this Affidavit comprise only a fraction of those communications between DAERON and SMITH.

115.    In addition to those communications detailed above, SMITH was also in contact with DAERON surrounding the two Chicagoland deliveries of cocaine to Des Moines, further facilitating and benefiting from those transactions. On March 10, 2019, agents intercepted a call between SMITH and DAERON at approximately 8:32 p.m. During that call, SMITH asks if "cuz finally came through" and DAERON responds that "he came down here a couple days ago," referring to the March 7, 2019 delivery of cocaine. DAERON and SMITH go on to complain about HUNT, with DAERON saying that HUNT, "tried to get shit set up but he ain't doing it right." SMITH also complained that HUNT "be talkin' too much on the phone too," a reference to HUNT being too cavalier or explicit about drug talk on the phone. At the end of the conversation, SMITH says he was calling to see if DAERON could send him something, referring to money or payment. DAERON says he will and asks SMITH to text him the information.

116.    At approximately 8:43 p.m., immediately after the above phone call with DAERON, SMITH texted DAERON: "Cordney Smith 2368 Gary Indiana 46407 pH. 563-288-****."[18] DAERON responded, "What you go through," to which SMITH replied, "Western Union." On March 13, 2019, during an intercepted call at approximately 1:54 p.m., DAERON assures SMITH that "it about to get sent out to you soon though," referring to money for SMITH as a result of the deliveries of cocaine from the week prior. On March 14, 2019, agents intercepted several calls between DAERON and SMITH, confirming that DAERON directed someone else to send SMITH the money via Western Union.

117.    A criminal history check was conducted on SMITH, which reflects, among other possible drug convictions, (a) 2004 conviction in the United States District Court for the Southern District of Iowa for conspiracy to distribute crack cocaine; and (2) 2012 conviction in the United States District Court for the Southern District of Iowa for conspiracy to distribute marijuana. SMITH is currently serving a term of federal supervised release.

**Additional Interceptions and Surveillance of WALTER BURGS**

118.    As detailed above, BURGS is a primary recipient of cocaine from DAERON and may be supplying DAERON with distribution quantities of other drugs. Immediately following at least two trips to Chicagoland area where he obtained cocaine, DAERON traveled to BURGS' residence. The timing of these trips – following DAERON's return with cocaine – is consistent with distributions to a significant customer. For example, shortly after DAERON returned to Des Moines from Chicagoland on February 10, 2019, agents intercepted a call from DAERON to

---

[18] SMITH included the last four digits of his phone number, omitted here for his privacy. This phone number is the same number SMITH has been using to communicate with DAERON (and that has been intercepted) over the course of this investigation. SMITH also included "2368," which this affiant knows to be the house number of SMITH's residence.

BURGS at approximately 2:47 p.m., in which DAERON advised he was "outside." Physical surveillance and mobile tracking information at this time showed DAERON's vehicle outside BURGS' residence. As detailed above, DAERON also traveled to BURGS' residence in the early morning hours of March 2, 2019, immediately after returning from Chicagoland with cocaine.

119.    In addition to the events described above, agents have intercepted numerous communications and observed several meetings between DAERON and BURGS over the course of this investigation that are indicative of a drug trafficking relationship. Other examples of those communications and an observed meeting is detailed below.

120.    On March 2, 2019, beginning at approximately 10:59 a.m., agents intercepted the following text message conversation between DAERON and BURGS:

| | |
|---|---|
| DAERON: | Yo |
| BURGS: | What up |
| DAERON: | You ready |
| BURGS: | I'm on the move cN you come to my place at 1 |
| DAERON: | My tags are expired but I will if I gotta |
| BURGS: | No don't do that I will come to you, |
| DAERON: | Yap |
| BURGS: | Bet |
| BURGS: | Hey bro I'm on my way in 20 I'm waiting for a thing to happen |
| DAERON: | That's coo take your time |
| BURGS: | Ok |
| BURGS: | Bout to head to you where you at |
| DAERON: | Cuz ain't bring it yet |

49

| | |
|---|---|
| BURGS: | Bet hit me when. He does I. Getting blown the fuck up |
| DAERON: | I will |
| DAERON: | Dude still ain't answer |
| BURGS: | Shit that puts a bump in the plan bro keep trying cus I need one |
| DAERON: | I am |
| BURGS: | Bet |
| BURGS: | Good?? |
| DAERON: | Nothing man |
| BURGS: | Ok hit me asap I'm moving now |

121.    On March 3, 2019, beginning at approximately 10:53 a.m., agents intercepted another text message conversation between DAERON and BURGS:

| | |
|---|---|
| BURGS: | What up |
| DAERON: | I'm on top of it |
| BURGS: | Bet |

122.    On March 4, 2019, beginning at approximately 11:56 a.m., agents intercepted another text message conversation between DAERON and BURGS:

| | |
|---|---|
| BURGS: | What up |
| DAERON: | Man ion what the hell dude on my brother going to hit me bacc tho I haven't forgot you |
| BURGS: | Bet |
| BURGS: | Cus its apparently dry as fuck I'm getting hit up non stop |
| DAERON: | Man I'm knowing |
| BURGS: | Bruh |

| DAERON: | It should be today tho |
| BURGS: | Bet |
| DAERON: | I'm in the backyard |
| BURGS: | Bet |

123.    Based on these interceptions and the investigation, this affiant believes that BURGS is requesting to replenish his cocaine supply during these text message exchanges.  BURGS repeatedly expresses to DAERON that he needs cocaine (he is "getting hit up non stop" by customers) and DAERON assures him he will have the cocaine soon.  At approximately 3:51 p.m., agents intercepted a call between DAERON and BURGS, where DAERON advises he is at his mom's (DAERON's residence).

124.    At approximately 4:07 p.m., electronic surveillance showed BURGS arrive in front of DAERON's residence in the silver Audi.  BURGS retrieves a bag from the trunk of the silver Audi and walked toward DAERON's residence.  Approximately three minutes later, BURGS returns to the silver Audi, places a bag in the trunk, and leaves the area.  Based on the prior intercepted communications and BURGS' arrival at DAERON's residence, this affiant believes BURGS had ordered a distribution-quantity of cocaine from DAERON, and traveled to DAERON's residence, where he exchanged money for cocaine.

125.    A criminal history check was conducted on BURGS, which reflects: (a) 1998 charge for possession of schedule I controlled substance, which resulted in a deferred judgment.

**Additional Interceptions and Surveillance of PAUL CASTELLINE**

126.    As detailed above, CASTELLINE is a significant cocaine customer of DAERON's. Over the course of the investigation, agents have intercepted dozens of calls between DAERON and CASTELLINE related to or arranging the distribution of cocaine by DAERON to

51

CASTELLINE. Although DAERON conducts many of his drug transactions at DAERON's residence, DAERON often meets CASTELLINE at other locations and delivers to CASTELLINE at CASTELLINE's residence. A couple examples of this activity are included here.

127.   On February 5, 2019, at approximately 9:15 a.m., investigators intercepted a call from CASTELLINE to DAERON:

| | |
|---|---|
| CASTELLINE: | "Hey what's up man?" |
| DAERON: | "What's up bro?" |
| CASTELLINE: | "Did I wake you?" |
| DAERON: | "Nah." |
| CASTELLINE: | "You ah, you moving around this morning at all?" |
| DAERON: | "Yeah, I will." |
| CASTELLINE: | "My business partner just got over to the crib, we're gonna do some work here if you can roll by?" |
| DAERON: | "What are you tryin to do?" |
| CASTELLINE: | "Yeah just a single." [referring to a quantity of cocaine] |
| DAERON: | "Ok." |
| CASTELLINE: | "But yeah, we'll be here if you could roll through." |
| DAERON: | "Ok." |

128.   At approximately 11:24 a.m., physical surveillance observed DAERON arrive at CASTELLINE's known residence in Des Moines and pull into the driveway. At approximately this time, agents intercepted a call from DAERON to CASTELLINE, wherein DAERON advised, "I'm outside." DAERON remained for only two minutes, before leaving CASTELLINE's residence. These interceptions and surveilled meeting are consistent with a stop at CASTELLINE's residence to distribute a quantity of cocaine, some or all of which CASTELLINE

intended to provide to his "business partner."

129.    On February 11, 2019, at approximately 11:26 a.m., agents intercepted an incoming

call to DAERON from CASTELLINE:

| | |
|---|---|
| CASTELLINE: | "What up?" |
| DAERON: | "What's up bro?" |
| CASTELLINE: | "At the crib working with Johnathan, another day." |
| DAERON: | "Another dollar." |
| CASTELLINE: | "What you on?" |
| DAERON: | "Just getting back up." |
| CASTELLINE: | "Alright, you think you can hold me down for one?"[eighth ounce] |
| DAERON: | "Hmm?" |
| CASTELLINE: | "You able to move around?" |
| DAERON: | "Yeah." |
| CASTELLINE: | "If you could drop by with one that would be dope." |
| DAERON: | "Alright." |
| CASTELLINE: | "How long you think?" |
| DAERON: | "I'm just getting up.  Let me get myself together and shit and I'll hit you when I'm headin out." |
| CASTELLINE: | "Good lookin." |

130.    At approximately 12:00 p.m., agents intercepted an incoming text message to

DAERON from CASTELLINE.  CASTELLINE asks, "U gotta time frame? He's gotta bounce

pretty soon."  In this text message, CASTELLINE wants to know when DAERON will be coming

to CASTELLINE's residence because his friend, Johnathan, who is receiving some or all of the

cocaine, has to leave soon.

131.     At approximately 12:14 p.m., DAERON left his residence. At approximately 12:26 p.m., physical surveillance observed DAERON arrive at CASTELLINE's residence. DAERON remained at CASTELLINE's residence for only a short period of time. Again, these interceptions and surveilled meeting are consistent with a stop at CASTELLINE's residence to distribute a quantity of cocaine, some or all of which CASTELLINE intended to provide to "Johnathan."

132.     On March 7, 2019, at approximately 11:14 a.m., agents intercepted a call between DAERON and CASTELLINE, in which CASTELLINE asks if "we can grab one." DAERON affirms and tells CASTELLINE he will hit him [call him]. At approximately 11:48 a.m., agents intercepted a call from DAERON to CASTELLINE, directing CASTELLINE to go to Jason's Deli in West Des Moines. At approximately 12:12 p.m., physical surveillance observed three males (later identified as DAERON, ADAIR, and SERGIO HERNANDEZ) enter the deli. Shortly thereafter, surveillance observed CASTELLINE arrive at the deli and go inside. Inside the deli, surveillance observed CASTELLINE shake the hand of DAERON and then immediately leave the deli. This affiant knows a hand shake to be a common technique for passing controlled substances in a public location to avoid detection by law enforcement or other witnesses.

133.     A criminal history check was conducted on CASTELLINE, which reflects: (a) 2004 charge for possession of a controlled substance, which resulted in a deferred judgment.

**Additional Interceptions and Surveillance of BARRY ADAIR, JR.**

134.     On December 11, 2018, agents surveilled what they believe to be a hand-to-hand drug transaction between ADAIR and MARSHAUN. While conducting surveillance on an apartment in the 5800 block of 24th Street, Des Moines, agents observed MARSHAUN exit the apartment and meet with ADAIR, who was driving a vehicle registered to Monica and Barry Adair,

Sr. Surveillance observed MARSHAUN do a hand-to-hand exchange with ADAIR, consistent with a drug transaction. Following that transaction, ADAIR left the area, and MARSHAUN and JOHNNATHAN were then observed also leaving the area.

135.    On January 23, 2019, at approximately 2:35 p.m., agents intercepted a call between DAERON and ADAIR, in which the two had the following conversation:

| | |
|---|---|
| ADAIR: | "Shit I had a little move for you." |
| DAERON: | "Like what? . . . Like a hoop or something?" [Hoop is a term used for 1/8th ounce in weight] |
| ADAIR: | "Like four times of that." [4 x 1/8th = ½ ounce] |

136.    Based on the foregoing interception, this affiant believes DAERON and ADAIR were discussing a cocaine transaction. ADAIR's offer that he had "a little move" for DAERON could mean either that ADAIR had one-half ounce of cocaine to provide to DAERON himself, or that ADAIR was aware of a source from which DAERON could obtain one-half ounce of cocaine for resale.

137.    On January 24, 2019, at approximately 10:41 p.m., agents intercepted a call between DAERON and ADAIR, wherein DAERON tells ADAIR, "We need to discuss some shit." Based on the upcoming trip to Chicagoland, for which DAERON left a couple days later, and other interceptions during this time, this affiant believes DAERON was referring to he and ADAIR discussing the potential source of supply in Chicagoland.

138.    On January 25, 2019, at approximately 1:55 p.m., agents intercepted a call between DAERON and ADAIR, wherein DAERON told ADAIR to come to "HQ" (a/k/a "Headquarters" i.e. DAERON's residence). At approximately 2:55 p.m., ADAIR tells DAERON he is outside, and electronic surveillance shows a black Chevrolet Impala, registered to Monica Adair, pull up outside DAERON's residence. DAERON exits his residence, gets into the black Impala, and they

55

depart the area. The black Impala returns at approximately 3:11 p.m., and DAERON and ADAIR remain the vehicle for some time. Based on the intercepted communications from the days prior, and the forthcoming Chicagoland trip, and subsequent communications between DAERON and ADAIR, this affiant believes DAERON and ADAIR were discussing obtaining cocaine from a new source of supply (Chicagoland) during this meeting.

139.    As outlined above, ADAIR has been involved in or on the periphery of most of the trips to Chicagoland. Most telling, however, is ADAIR's presence at DAERON's residence immediately prior to or during the two deliveries of cocaine the Chicagoland source has made to Des Moines. On March 7, 2019, ADAIR was present while the Chicagoland SOS was at DAERON's house, delivering cocaine that had been previously shorted to DAERON. On March 12, 2019, ADAIR dropped by DAERON's for a few minutes immediately prior to the arrival of the Chicagoland courier, after having been prompted by DAERON that they were going to be there soon. Each of these visits to DAERON's residence is further confirmation of ADAIR's involvement in the distribution of cocaine with DAERON.

140.    A criminal history check was conducted on ADAIR, which reflects: (a) 2013 conviction in the United States District Court for the Southern District of Iowa for possession of a firearm by a drug user, in violation of 18 U.S.C. § 922(g)(3); and (b) 2016 probation violation for use of illegal substance, marijuana.

**Additional Interceptions and Surveillance of CONRAD TAYLOR, JR.**

141.    As detailed above, CONRAD received cocaine from DAERON on March 11 and 12, 2019. The former of these transactions took place at CONRAD's residence, where DAERON traveled on multiple occasions to either deliver cocaine or collect drug money from CONRAD. Following the March 2019 transactions, agents intercepted communications that confirmed

CONRAD's re-distribution of quantities of cocaine received from DAERON. On March 13, 2019, at approximately 2:31 p.m., agents intercepted a call between DAERON and an unknown female ("Deedee"), in which DAERON directs UF to obtain cocaine from CONRAD:

| | |
|---|---|
| DEEDEE: | "You know who this is?" |
| DAERON: | "Yeah Deedee." |
| DEEDEE: | "Oh, ok." |
| DAERON: | "No I aint got no more." |
| DEEDEE: | "Oh ok." |
| DAERON: | "What you wanted, a half?" [Half meaning a half ounce] |
| DEEDEE: | "No, I had got, shit, I think I had got a whole lot.  Well me and Destiny [PH] got an O." [O meaning an ounce] |
| DAERON: | "Oh yeah.  CJ's got you, you want CJ's number? [Telling her CJ can provide the cocaine she is wanting, CONRAD is commonly referred to as CJ] |
| DEEDEE: | "Yeah, can you text me it?" |
| DAERON: | "Yep.  Look I'm going to text you it's one point too.  That's who's been calling him so he knows you callin him." [He is going to tell CJ that DEEDEE is going to call him] |
| DEEDEE: | "Alright." |

142.    At approximately 2:32 p.m., immediately after the above call, agents intercepted a call from DAERON to CONRAD:

| | |
|---|---|
| DAERON: | "Deedee wants a bag [quantity of cocaine]." |
| CONRAD: | "Give her my number." |
| DAERON: | "I was just making sure." |
| CONRAD: | "Alright." |

143.    At approximately 3:01 p.m., agents intercepted a call between DAERON and CONRAD:

DAERON:         "What did she say she wanted?"

CONRAD:         "She wanted a circle [1/8th ounce of cocaine]."

DAERON:         "For real?  For how much you gonna hit her for?" [Asking how much he charged for the cocaine]

CONRAD:         "I told her one and a half." [$150]

DAERON:         "What'd she say?  Damn that's pricey!"

CONRAD:         "She said yeah, then she called back and tried to get it for a dollar and a quarter, and I said nuh-uh." [DEEDEE wanted to pay $125 and CONRAD did not agree]

DAERON:         "You know why?  Cause I gave little Destiny that one for a dollar [$100].  So she probably like [UI] I do that same [UI]."

CONRAD:         [Explains he told DEEDEE]: "Well can I at least get a fuck?  Then it raised to dollar and a quarter."

DAERON:         "Right, I sent her to the plug."

CONRAD:         "Exactly."

144.    Based on the foregoing, this affiant believes DAERON arranged to have CONRAD supply an unknown female ("Deedee") with 1/8th of an ounce of cocaine.  This affiant believes CONRAD possessed the cocaine at the time of this interception on March 13, 2019, which is why CONRAD was able to comply with DAERON's request that he supply DEEDEE.  This affiant believes DAERON knew CONRAD had that cocaine because DAERON had supplied him with cocaine on March 11 and 12, 2019, as detailed above.

145.    A criminal history check was conducted on CONRAD, which reflects: (a) 2013 conviction for a controlled substance violation; and (b) 2014 conviction for a controlled substance violation.

**Additional Interceptions and Surveillance of FREDDIE FRENCHER, JR.**

146.   As detailed above, FREDDIE was involved with JOHNNATHAN in the attempted Hobbs Act robbery on December 13, 2018. FREDDIE and JOHNNATHAN had extensive phone conversations, intercepted by court authorization, concerning the "lick" they had (residence they could rob).   During these conversations, FREDDIE and JOHNNATHAN discussed bringing firearms and taking the drugs and potential drug proceeds from their target by force.  Surveillance officers observed FREDDIE and JOHNNATHAN leave FREDDIE's residence at approximately 5:03 p.m., and were stopped by the Des Moines Police Department only a few minutes later, en route to the residence they intended to rob.  A loaded firearm was found under each of their respective seats in the vehicle.

147.   In addition to FREDDIE's participation in the attempted Hobbs Act robbery, FREDDIE has also been obtaining drugs from DAERON to re-distribute to other people.   On January 3, 2019, at approximately 7:50 p.m., agents intercepted the following text message conversation between DAERON and FREDDIE:[19]

|  |  |
|---|---|
| DAERON: | I gotta lil something on |
| DAERON: | ❄ [Snowflake emoji denotes cocaine] |
| FREDDIE: | Ok |
| FREDDIE: | I need a g [a G is typically used for a gram] |
| FREDDIE: | ))*)781st a0@ |
| DAERON: | Pull up |
| FREDDIE: | Omw |

---

[19] Agents identified FREDDIE as the user of several phones over the course of the investigation. Those identifications occurred through use of FREDDIE's known nickname during interceptions ("Bear"), confidential source information, and physical surveillance.

| | |
|---|---|
| FREDDIE: | Wut the ticket [asking how much the cocaine will cost] |
| DAERON: | Rollin 80s crip [$80 for a gram] |
| FREDDIE: | Ok |
| FREDDIE: | We fuck the 60s tho tuff |
| DAERON: | On neighborhood |
| FREDDIE: | Here |

148.     At approximately 11:11 p.m., electronic surveillance shows a black Dodge Journey, license plate unknown, pull into the alley behind DAERON's residence.  An unknown subject exits the front passenger seat of the Dodge Journey and walks toward the garage at DAERON's residence. At approximately 11:11 p.m., shortly after the last text message was sent by FREDDIE, agents intercepted a call to DAERON from FREDDIE.  FREDDIE says, "Yeah I'm in the garage." DAERON asks, "You in there?"  FREDDIE responds, "Nah I'm standing right here."  DAERON says, "Alright."

149.     At approximately 11:12 p.m., DAERON's vehicle pulls into the alley and parks behind DAERON's residence.  The driver of the Dodge Journey also walks toward the area of the garage at DAERON's residence.  Approximately ten minutes later, two subjects return to the Dodge Journey and depart the area.  Although the identities of the subjects are not apparent from the electronic surveillance, the above facts are consistent with FREDDIE and another unknown customer obtaining cocaine from DAERON at DAERON's residence.

150.     On January 25, 2019, at approximately 12:57 p.m., agents intercepted a call between DAERON and FREDDIE:

| | |
|---|---|
| FREDDIE: | "Yeah what's up wit it Cuz, this is Bear, I'm outside." |
| DAERON: | "What you tryin to do?" |

FREDDIE:    "Shit they trying to do a 40 [$40 worth of cocaine] You think you could hook me up with a little something on the side Cuz?" [FREDDIE is asking if he can throw in some extra cocaine for himself]

DAERON:    "Yeah."

FREDDIE:    "Alright."

DAERON:    "In a minute."

FREDDIE:    "Alright."

151.    At this time, electronic surveillance shows a black male, consistent with the physical description of FREDDIE, walking up the alley toward DAERON's residence and then returning from the alley. The male is then seen getting in a Ford F-150 parked on Enos Avenue at the north end of the alley. The license plate of the vehicle was unreadable due to snow coverage. This vehicle remains in place through the following call.

152.    At approximately 1:08 p.m., agents intercepted another call between DAERON and FREDDIE:

FREDDIE:    "Dude says that shit baking soda Cuz."

DAERON:    "It's not baking soda . . . For real . . . Aint gonna lie Cuz, you know I aint come like that."

FREDDIE:    "I already know, that's what they sayin."

DAERON:    "You aint taste it?"

FREDDIE:    "My shit numbing up right now, my tongue."

DAERON:    "Alright so what are they talking about?"

FREDDIE:    "Cuz said his shit aint numbing."

(an unknown subject can be heard talking in the background.)

FREDDIE:    "He said he don't want it . . . He said you aint got nothin else."

61

| DAERON: | "It's the same shit, he gave me 40 bucks what is he talking about?" |
|---------|---------|
| FREDDIE: | "Yeah he said he wants some chunks Fam." |
| DAERON: | "Tell him to throw in some change and get some chunks." |

(FREDDIE tells the unknown subject, "He said throw in some change and get some chunks.")

| DAERON: | "What i'm gonna give him 40 bucks for? . . What are you talkin about?" |
|---------|---------|
| FREDDIE: | "Can he get some chunks?" |
| DAERON: | "I just told you." |
| FREDDIE: | "Alright Cuzzo." |

153.   Based on this affiant's training and experience and the foregoing interceptions, DAERON sold FREDDIE a quantity of cocaine ($40 worth), which FREDDIE then provided to an unknown third subject in the car. FREDDIE called DAERON after the transaction, to relay the third subject's complaints about the quality of the cocaine ("baking soda"). DAERON asks FREDDIE if he tried it, and FREDDIE confirms he did and that it was numbing his tongue (a typical effect of cocaine on the tongue).

154.   On February 10, 2019, DAERON returned from Chicagoland after obtaining cocaine. At approximately 8:58 p.m., agents intercepted the following call between DAERON and FREDDIE:

| FREDDIE: | "I'm fitin to be ready Cuz." [FREDDIE is ready for drugs] |
|---------|---------|
| DAERON: | "Nah, nah, nah, nah, I'm sittin down here with Cuz, just give me like 20 minutes, getting something to eat." |
| FREDDIE: | "Alright." |
| DAERON: | "Aint gonna be long tho Cuz, just give me a second alright." |

FREDDIE:              "Alright."

155.    Beginning at approximately 9:37 p.m., investigators intercepted the following text

message conversation between DAERON and FREDDIE:

FREDDIE:        Let me no

DAERON:        Pull up

FREDDIE:        OK waiting on my ride to get here

FREDDIE:        Half basket tho [one sixteenth 1/16 ounce of cocaine]

FREDDIE:        Omw[20]

DAERON:        Way [likely meaning WYA or "where you at"]

DAERON:        Way

DAERON:        Ok

156.    At approximately 10:24 p.m., electronic surveillance shows DAERON's vehicle

pull into the alley behind his residence.   Two males are observed getting out of the car, and the

driver appears to be DAERON.   The two occupants retrieve items from the back of DAERON's

vehicle and walk inside DAERON's residence.   At approximately 10:32 p.m., agents intercepted

a call between DAERON and FREDDIE, wherein FREDDIE says, "I'm here . . . I'm gonna come

to the back."   At this time, electronic surveillance shows a male subject consistent in appearance

with FREDDIE walk sough through the alley toward DAERON's residence.   At approximately

10:37 p.m., the subject meets with someone at the north door of DAERON's residence, then walks

back through the alley before getting in a vehicle parked on Enos Avenue.   Based on the foregoing

interceptions and surveillance, this affiant believes the subject in the alley behind DAERON's

---

[20] The text message from FREDDIE to DAERON "Omw" repeats ten additional times. This series has been omitted for clarity and ease of reading.

residence was FREDDIE, who traveled to DAERON's residence to obtain cocaine from DAERON.

### Additional Interceptions and Surveillance of JOHNNATHAN FRENCHER

157.    On March 9, 2019, at approximately 2:09 p.m., agents intercepted a call between DAERON and JOHNNATHAN, who was confirmed as the user of this phone through the subsequent transaction. During that initial call, DAERON tells JOHNNATHAN he is waiting on something, then he is going to roll out.   At approximately 2:48 p.m., DAERON calls JOHNNATHAN back and tells him to "pull up" (to DAERON's residence) and JOHNNATHAN says he is on his way. At 3:18 p.m., JOHNNATHAN tells DAERON he is about to pull up. At 3:21 p.m., electronic surveillance shows JOHNNATHAN walking south down the alley behind DAERON's house. DAERON exits the house and meets briefly with JOHNNATHAN, handing him an unknown item, believed to be cocaine based on the prior interceptions and known drug trafficking relationship.

158.    A criminal history check was conducted on JOHNNATHAN, which reflects: (a) 2014 conviction for possession of a controlled substance with intent to deliver.

### Additional Interceptions and Surveillance of JHAMEL BOOKER

159.    As detailed above, BOOKER is a primary recipient of cocaine from DAERON and frequently arranges and conducts drug transactions with DAERON. Between December 31, 2018 and March 18, 2019, BOOKER has been in contact with DAERON on a total of approximately 396 sessions. This affiant knows that frequency to be consistent with a significant drug trafficking relationship.

160.    Although this Affidavit reflects some of the most explicit conversations between DAERON and BOOKER, agents have intercepted other communications consistent with a drug

trafficking relationship. For example, on February 12, 2019, agents intercepted the following text message conversation between DAERON and BOOKER, beginning at 12:31 p.m.:

| | |
|---|---|
| DAERON: | Wassup cuz |
| BOOKER: | Shit need to come holla at u |
| .... | |
| BOOKER [2:30 p.m.]: | Pulling up [to DAERON's house] |
| DAERON [2:34 p.m.]: | Ok |

161.    At approximately 2:31 p.m., electronic surveillance shows a white, Chevrolet Suburban pull into the alley behind DAERON's house. DAERON gets into the front passenger seat of the Suburban, and remains in the car for approximately 20 minutes. At 2:55 p.m., DAERON exits the Suburban, and it leaves south down the alley. The Des Moines Police Department conducted a traffic stop of the white Suburban, bearing license plate HCA157 and registered to BOOKER's known address, a short time later. The driver of the Suburban, and the individual who met with DAERON, was identified as BOOKER.

**Additional Interceptions of JOSE SANCHEZ, JR.**

162.    As outlined above, SANCHEZ is involved in the distribution of cocaine with DAERON. SANCHEZ is believed to have facilitated transactions with, or connected DAERON to, the yet unidentified SOS#2. SANCHEZ was involved in the collection of money for, and distribution of, cocaine when SOS#2 was in Des Moines on March 11, 2019, including from CONRAD TAYLOR. On March 12, 2019, when the Chicagoland SOS visited DAERON and delivered cocaine, SANCHEZ had DAERON "grab one" for him (referring to one ounce of cocaine), which he was observed retrieving from DAERON during his break from work.

163.    On March 17, 2019, at approximately 4:47 p.m., agents intercepted a call between DAERON and SANCHEZ:

> DAERON:    "I just checked in that crib and put it all together and it was straight wasn't it?  I said where's that three at and you said right there and I said put that seven to make a band." [Talking about money and how he thought he put $300 with $700 to make a band or $1000]
>
> SANCHEZ:    "Yeah."
>
> DAERON:    "How was it short eight Cuz we just sit there and did it our old, you know what I mean, it was all 500 increments?"
>
> SANCHEZ:    "I don't know how that shit was off."
>
> DAERON:    "Not even no bullshit, we just did it, you had your bag I had my bag."
>
> SANCHEZ:    "I counted mine and my shit was on but I didn't count yours and you didn't count mine."
>
> DAERON:    "Hey, do me a favor real fast.  Call CJ [CONRAD] Cuz, CJ wants that shit [cocaine]."
>
> SANCHEZ:    "I don't have his number, send me his number."

164.    Based on the foregoing interception, this affiant believes DAERON and SANCHEZ were discussing money owed for cocaine and trying to figure out how they were short or off in their total.  At the end of the call, DAERON asks SANCHEZ to get ahold of CONRAD because he wanted "that shit" (referring to cocaine).

165.    A criminal history check was conducted on SANCHEZ, which reflects: (a) 2012 conviction for possession of a controlled substance.

### Interceptions and Surveillance of CORNELIUS POPE

166.    Throughout this investigation, agents and investigators have consistently intercepted communications between DAERON and drug customers that indicate a transaction is

66

imminent, followed by observed trips by a customer to DAERON's residence or surveilled

meetings between DAERON and a customer.  On multiple occasions throughout the investigation,

this has occurred with CORNELIUS POPE.  POPE has been involved in drug trafficking with

DAERON since the early stages of interceptions in this case.

167.    For example, on January 9, 2019, at approximately 6:10 p.m., agents intercepted

the following call between DAERON and POPE:[21.]

| | |
|---|---|
| POPE: | "Shit I just got back man, I'm about to put shit together so I can you get you that hundred [money] real quick." |
| DAERON: | "Oh yeah." |
| POPE: | "Cuz the nigga, I left the shit [drugs] with, that nigga didn't know how to cook [make crack cocaine]." |
| DAERON: | "I hope he didn't touch it." |
| POPE: | "No man, he didn't know how, I cooked it [made crack cocaine] myself before I left." |
| DAERON: | "Uh huh." |
| POPE: | "I couldn't shoot you over there because he didn't know how to cook [make crack cocaine]." |
| DAERON: | "Oh yeah yeah yeah yeah yeah." |
| POPE: | "And I knew you wasn't gonna cook it [make crack cocaine], you know what I'm sayin." |
| DAERON: | "True true true true true true." |
| POPE: | "So I'm just getting' back I'm about to get shit [money] together so I can come see you." |

168.    Based on this affiant's knowledge, training, and experience, this call is consistent

with discussions of a cocaine transaction and making crack cocaine.  Specifically, POPE starts by

---

[21] Agents identified POPE as the user of this cellular telephone as it is subscribed to POPE.

letting DAERON know that he is putting "shit" together, so that he can get DAERON that "hundred," referring to money owed to DAERON for drugs – likely cocaine given the context of the conversation.  POPE goes on to tell DAERON that the person he left the "shit" [cocaine] with did not know how to "cook."  This affiant is aware that it is a common practice of distributors of cocaine to mix the cocaine with water and other solvents, such as baking powder, and then process or "cook" an amount of cocaine powder into rock crystal or crack cocaine.  Cocaine which is cooked or made into crack can then be sold for a greater profit, as the original powder cocaine has been mixed with other substances, thereby increasing its volume or the quantity of the drug that can be sold.  This affiant believes POPE using the term "cook" in this context to refer to making crack cocaine.  POPE then tells DAERON he could not send him to the unknown male's house because the cocaine had not been cooked into crack, as the unknown male had the inability to do so.  POPE states that he knew DAERON would not cook [make crack] himself.  DAERON agreed with this assessment.  POPE ends the call by telling DAERON he is getting the drugs and/or money together to deliver them to DAERON.

169.    On February 12, 2019, at approximately 12:39 a.m., agents intercepted a call between DAERON and POPE.  During that call, POPE advises DAERON that he is headed DAERON's way and is "probably gonna do the seven," referring to seven grams of cocaine. DAERON tells POPE to let DAERON know when POPE arrives.  At approximately 1:11 a.m., agents intercepted a call from POPE, letting DAERON know he is "outside."  DAERON asks, "What you want?" and POPE replies, "the seven."  At approximately 1:11 a.m., the same time POPE called DAERON to say he was outside, electronic surveillance showed a car pull up to DAERON's residence.  DAERON came outside, met with the driver of the vehicle for one minute, then the two parted company.  Based on the foregoing interceptions, this affiant believes POPE

arrived at DAERON's residence at 1:11 a.m., where DAERON distributed seven grams of cocaine to POPE. A quantity of seven grams of cocaine is consistent with distribution, as opposed to personal use, quantity.

170.    On March 5, 2019, at approximately 9:51 p.m., agents intercepted a call between DAERON and POPE:

| | |
|---|---|
| POPE: | "What up though, where you at?" |
| DAERON: | "Around the way." |
| POPE: | "Alright I'm uh, coming your way." |
| DAERON: | "What you tryin to do?" [Asking what quantity of cocaine he wants to purchase] |
| POPE: | "I don't know probably the seven." [7 grams of cocaine]. |
| DAERON: | "Alright." |
| POPE: | "Well shit maybe, let me count my money up I'll just do the whole half." [A half is believed to mean a half ounce of cocaine or 14 grams]. |
| DAERON: | "Just let me know." |

171.    At approximately 10:16 p.m., agents intercepted another call from POPE, in which he tells DAERON he is leaving right now and heading to him. POPE states, "Yeah I'm just gonna go halfway, a half one," confirming he wants the half he previously requested or 14 grams of cocaine. DAERON responds, "Yeah, alright yep." At approximately 10:45 p.m., agents intercepted a call wherein POPE tells DAERON he is "in the back," referring to the alley behind DAERON's residence. At this time, surveillance observes a sedan in the alley behind DAERON's residence. DAERON exists the side door of DAERON's residence, goes to the driver's side of the sedan for a brief period, then goes back into DAERON's residence and the sedan departs. Based on the prior communications and the timing of the interceptions, coupled with DAERON's brief

trip the driver's side of the sedan, this affiant believes POPE arrived in the sedan and obtained 14 grams of cocaine from DAERON.   It should be noted that 14 grams of cocaine is wholly inconsistent with personal use of cocaine, and indicative of drug distribution by POPE.

172.   On March 13, 2019, at approximately 11:07 p.m., agents intercepted the following call between DAERON and POPE:

| | |
|---|---|
| POPE: | "Bro, what you doin?" |
| DAERON: | "Shit eatin right now what's up with it?" |
| POPE : | "Man I need you to bring me a seven I'm at 13th and College or I could meet you at the spot." [requesting 7 grams cocaine] |
| DAERON: | "I don't know text me the address, it's going to be a little second I just got over to the south I'm about to eat." |
| POPE: | "Damn bro, if I come get it can i get it quicker?" [asking if he comes to his location can he get it faster if DAERON has it with him] |
| DAERON: | "I don't have it, that's what I'm sayin." [DAERON does not have the cocaine with him at the time and has to pick it up] |
| POPE: | "I know, I figured you were about to say that.  I'm about to text you my address right now." |
| DAERON: | "Alright, bet bro." |
| POPE: | "Yeah but this is my crib where the family is at." |

173.   A criminal history check was conducted on POPE, which reflects: (a) 2012 conviction for possession of a controlled substance.

**Additional Interceptions and Surveillance of PETER COOPER, JR.**

174.   COOPER has been identified as a cocaine customer of DAERON's, who obtains cocaine in quantities consistent with re-distribution.   During an intercepted text message conversation on March 11, 2019, after DAERON received cocaine from SOS#2, DAERON let

COOPER know of the high quality of the cocaine. COOPER asked DAERON to "bring one over," a quantity likely to refer to ounce of cocaine. DAERON traveled to COOPER's residence shortly thereafter.

175.    Between December 31, 2018 and March 18, 2019, COOPER has been in contact with DAERON on a total of approximately 85 sessions. Examples of even more recent communications between the two are detailed below. For example, on February 15, 2019, at approximately 2:12 p.m., agents intercepted a text message from COOPER asking, "You good around 4 [4:00 p.m.]," to which DAERON replied, "Yap." At approximately 3:37 p.m., agents intercepted a call between DAERON and COOPER, wherein COOPER asked "over to pop hoops?" asking if DAERON would have a "hoop" or "ball" of cocaine (this is 1/8th of an ounce). DAERON affirms.

176.    That same day, at approximately 4:00 p.m., COOPER sent DAERON a text message, "Im here." Electronic surveillance confirmed a small, black SUV arrived at DAERON's house at this time. DAERON arrived at his house at approximately 4:09 p.m. DAERON walks into his house, and COOPER got into the driver's seat of DAERON's car. When DAERON returns, COOPER moves to the passenger seat of DAERON's car. At approximately 4:21 p.m., COOPER exits DAERON's vehicle, gets back into the black SUV, and both cars leave the area. Two minutes later, agents intercepted a call between DAERON and an unidentified female, in which DAERON states he has his kid in the car. Physical surveillance later confirms DAERON retrieving a small child from the back seat.

177.    Based on the foregoing, this affiant believes COOPER traveled to DAERON's residence to obtain 1/8th ounce of cocaine from DAERON. Because DAERON had to go inside his house to obtain and/or prepare the cocaine, and had his child in his car, he had COOPER sit in

71

the car with DAERON's child while he went in to prepare the cocaine.  Then, DAERON returned

to the car, where he conducted the cocaine transaction with his child in the back seat.

178.    On March 14, 2019, at approximately 8:23 p.m., agents intercepted the following

call between DAERON and COOPER:

COOPER:        "You still at the gym?"

DAERON:        "Yeah I'm about to leave here in a second."   [Mobile
               tracking information for DAERON's vehicle places
               DAERON at the Aspen Fitness in Urbandale, Iowa]

COOPER:        "Alright shit, you got it on deck or should I go somewhere
               to get it." [asking if DAERON has cocaine with him or will
               they have to meet somewhere to get it]

DAERON:        "I just gotta go to the west side real quick, you wanna come
               meet me or something."

COOPER:        "Yeah cuz I was fittin to head over to the Chicago niggas cuz
               shit old girl she wants that shit like ASAP." [COOPER was
               going to get the cocaine from someone else because the
               female he is supplying wants it soon]

DAERON:        "Meet me over there in like 15."

COOPER:        "15 minutes, where at your Mama Dukes?" [DAERON's
               house has been referred to as Mama Dukes previously]

DAERON:        "Yeah."

COOPER:        "Alright shit, that's tight.  Hey how bout this I'll slide
               through tomorrow, once I get this from ole buddy then I'll
               come through tomorrow."

DAERON :       "What you don't want?"

COOPER:        "She's on crunch time cuz they gotta be at the club shortly
               so she's trying to snatch it up." [The female he is going to
               supply the cocaine to needs to be at the club soon]

DAERON:        "She comin to your crib or something."

COOPER:        "No I'm meeting her on the east side."

| DAERON: | "That's what I'm saying so why don't you meet at Mama Dukes since you gotta go to the east side." |
| COOPER: | "Alright cuz I'm on 42nd on the freeway already." |
| DAERON: | "I'm fittin to leave right now." |
| COOPER: | "Alright, bet." |

179.   At approximately 8:35 p.m., electronic surveillance shows a gray Chevrolet Equinox, registered to COOPER, arrive at DAERON's residence and park in front.   At approximately 8:36 p.m., agents intercepted a call between DAERON and COOPER, in which COOPER says he is parked in the front.   DAERON says he is on the freeway, and will be right there.   Mobile tracking information for DAERON's vehicle shows him on 55th Street in Des Moines, heading south toward Interstate 235.   At approximately 8:43 p.m., electronic surveillance shows DAERON arrive at his house, go inside for five minutes, then get into COOPER's vehicle.

180.   On March 15, 2019, agents intercepted calls between DAERON and COOPER, confirming the transaction on March 14, 2019, and planning a subsequent transaction.   At approximately 4:47 p.m., agents intercepted the following call:

| COOPER: | "Shit nigga I need another one B, that shit's done." [requesting another unknown amount of cocaine as the last "one" he got is now gone] |
| DAERON: | "Alright, where you at?" |
| COOPER: | "I'm at the crib." [at home] |
| DAERON: | "I'm gonna hop in the shower real fast and then I'll swing your way." |

181.   At approximately 5:18 p.m., agents intercepted a call from DAERON to COOPER, in which DAERON advised he was "on his way" and COOPER confirmed he was "at the crib." At approximately 5:47 p.m., mobile tracking information for DAERON's vehicle shows it arriving

at COOPER's known residence.

182.    Based on the foregoing interceptions and surveillance, this affiant believes DAERON provided COOPER with a distribution-quantity of cocaine on March 14 and 15, 2019. On March 14, 2019, COOPER clearly needed to obtain cocaine from DAERON for re-distribution to an unknown female and the interceptions and surveillance confirm he met with DAERON that evening. On March 15, 2019, COOPER advised that he was going to need another one because "that shit's done," referring to the cocaine he got from DAERON the night prior being depleted. DAERON affirms that he will swing by COOPER's residence, which he in fact does.

## CONCLUSION

183.    Based on the facts set forth in this Affidavit, probable cause exists to issue criminal complaints and arrest warrants for the following individuals:

a.    DAERON JOHNSON MERRETT (21 U.S.C. §§ 841(a)(1), 846)

b.    JOHNNATHAN MONROE FRENCHER (21 U.S.C. §§ 841(a)(1), 846; 18 U.S.C. § 922(g)(1); 18 U.S.C. § 924(c); 18 U.S.C. § 1951)

c.    FREDDIE LEE FRENCHER, JR. (21 U.S.C. §§ 841(a)(1), 846; 18 U.S.C. § 924(c); 18 U.S.C. § 1951)

d.    MARCUS ANTWON HUNT (21 U.S.C. §§ 841(a)(1), 846)

e.    CORDNEY LAVELLE SMITH (21 U.S.C. §§ 841(a)(1), 846)

f.    BARRY LEON ADAIR, JR. (21 U.S.C. §§ 841(a)(1), 846)

g.    JOSE ANTONIO SANCHEZ, JR. (21 U.S.C. §§ 841(a)(1), 846)

h.    CONRAD FRED TAYLOR, JR. (21 U.S.C. §§ 841(a)(1), 846)

i.    JHAMEL DONTA BOOKER (21 U.S.C. §§ 841(a)(1), 846)

j.    CORNELIUS NEAL POPE (21 U.S.C. §§ 841(a)(1), 846)

k.    PETER E. COOPER, JR. (21 U.S.C. §§ 841(a)(1), 846)

l.    WALTER STEFON BURGS (21 U.S.C. §§ 841(a)(1), 846)

m.    ANTOWAN LEON TAYLOR (21 U.S.C. §§ 841(a)(1), 846)

n.    PAUL JOSEPH CASTELLINE (21 U.S.C. §§ 841(a)(1), 846)


I further state and declare that all of the statements and information contained herein are

true and correct to the best of my knowledge, information and belief.


Max C. Roll, Task Force Officer
Federal Bureau of Investigation


Subscribed and sworn to before me on this 22nd day of March, 2019.

Helen C. Adams, Chief Magistrate Judge
United States District Court
Southern District of Iowa