AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAR 22  PM 12: 01
U.S. MARSHALS SERVICE
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAERON JOHNSON MERRETT | ) | Case No. 4:19-MJ-161 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  DAERON JOHNSON MERRETT,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(B) - Conspiracy to distribute at least 500 grams of cocaine
21 U.S.C. § 841(a)(1), (b)(1)(C) - Distribution of controlled substances

Date:  03/22/2019

*Helen C. Adams*
*Issuing officer's signature*

City and state:  Des Moines, Iowa

Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/22/19, and the person was arrested on *(date)* 3/27/2019
at *(city and state)* Des Moines, Iowa.

Date: 3/27/2019

*Arresting officer's signature*

TFO Jeff Hinrichs
*Printed name and title*